**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Tim First name  M. Middle name  McKenna Last name and Suffix (Sr., Jr., II, III) | First name  Middle name  Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3584 |  |

Debtor 1    __Tim M. McKenna_____    Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☒ I have not used any business name or EINs.<br><br>Business name(s)<br>_____<br><br>EINs<br>_____ | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br>_____<br><br>EINs<br>_____ |
| **5. Where you live** | **61 Stetson**<br>**Irvine, CA 92602**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1    **Tim M. McKenna** _____    Case number *(if known)* _____

---

**Part 2:**   **Tell the Court About Your Bankruptcy Case**

| | | |
|---|---|---|
| 7. | The chapter of the Bankruptcy Code you are choosing to file under | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.<br><br>☑ Chapter 7<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |

| | | |
|---|---|---|
| 8. | How you will pay the fee | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.<br><br>☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).<br><br>☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition. |

| | | |
|---|---|---|
| 9. | Have you filed for bankruptcy within the last 8 years? | ☑ No.<br>☐ Yes. |

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| | | |
|---|---|---|
| 10. | Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate? | ☐ No<br>☑ Yes. |

| | | | | |
|---|---|---|---|---|
| Debtor | **Irontrac, Inc.** | Relationship to you | **business** | |
| District | **Central District of CA** When **9/25/18** | Case number, if known | **6:18-bk-18109-SY** | |
| Debtor | **McKenna General Engineering, Inc.** | Relationship to you | **business** | |
| District | **Central District of CA** When **9/22/18** | Case number, if known | **6:18-bk-10836-SY** | |

| | | |
|---|---|---|
| 11. | Do you rent your residence? | ☐ No.   Go to line 12.<br>☑ Yes.   Has your landlord obtained an eviction judgment against you?<br><br>☑ No. Go to line 12.<br><br>☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition. |

---

Debtor 1  **Tim M. McKenna** _____    Case number *(if known)* _____

---

**Part 3:**  **Report About Any Businesses You Own as a Sole Proprietor**

---

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ **No.**    I am not filing under Chapter 11.

☐ **No.**    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**  **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

---

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.**    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

Debtor 1   **Tim M. McKenna**                                     Case number *(if known)*

| | |
|---|---|
| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Tim M. McKenna**                                        Case number *(if known)* _____

**Part 6:    Answer These Questions for Reporting Purposes**

| | | |
|---|---|---|
| 16. **What kind of debts do you have?** | 16a. | Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
| | | ☒ No. Go to line 16b. |
| | | ☐ Yes. Go to line 17. |
| | 16b. | Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment. |
| | | ☐ No. Go to line 16c. |
| | | ☒ Yes. Go to line 17. |
| | 16c. | State the type of debts you owe that are not consumer debts or business debts |

| | | |
|---|---|---|
| 17. **Are you filing under Chapter 7?** | ☐ No. | I am not filing under Chapter 7. Go to line 18. |
| **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?** | ☒ Yes. | I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors? |
| | | ☒ No |
| | | ☐ Yes |

| | | | |
|---|---|---|---|
| 18. **How many Creditors do you estimate that you owe?** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ☒ 200-999 | | |

| | | | |
|---|---|---|---|
| 19. **How much do you estimate your assets to be worth?** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| 20. **How much do you estimate your liabilities to be?** | ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Part 7:    Sign Below**

**For you**    I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| _____ | _____ |
| Tim M. McKenna | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Executed on   **9-27-18** | Executed on _____ |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1  __Tim M. McKenna_____        Case number (if known) _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_____          Date   9 / 7 / 18
Signature of Attorney for Debtor                              MM / DD / YYYY

**Michael G. Spector**
Printed name

**Law Offices of Michael G. Spector**
Firm name

**2677 North Main Street, Suite 910**
**Santa Ana, CA 92705**
Number, Street, City, State & ZIP Code

Contact phone  **(714) 835-3130**          Email address    **mgspector@aol.com**

**145035 CA**
Bar number & State

---

<table>
<tr><td colspan="2" align="center"><b>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</b></td></tr>
<tr><td>
Attorney or Party Name, Address, Telephone & FAX Nos.,<br>State Bar No. & Email Address<br>
<b>Michael G. Spector - Bar No 145035</b><br>
<b>Law Offices of Michael G. Spector</b><br>
<b>2677 North Main Street, Suite 910</b><br>
<b>Santa Ana, CA 92705</b><br>
<b>(714) 835-3130 Fax: (714) 558-7435</b><br>
<b>mgspector@aol.com</b><br>
<i>Attorney for:</i>
</td>
<td>
CASE NO.:<br>
CHAPTER: 7<br>
ADVERSARY NO.:<br>
<i>(if applicable)</i>
</td></tr>
<tr><td>
In re:<br><br>
    <b>Tim M. McKenna</b><br><br>
Debtor(s).
</td>
<td align="center">
<b>ELECTRONIC FILING DECLARATION<br>
(INDIVIDUAL)<br>
[LBR 1002-1(f)]</b>
</td></tr>
</table>

☒ Petition, statement of affairs, schedules or lists      Date Filed: 9/27/18
☐ Amendments to the petition, statement of affairs, schedules or lists      Date Filed: _____
☐ Other *(specify):* _____      Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct printed copy of the Filed Document in such places and provided the executed printed copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement About Your Social Security Numbers* (Official Form 121) and provided the executed original to my attorney.

Date: _____

_____
Signature (handwritten) of Debtor or signing party
**Tim M. McKenna**
Printed name of Signing Party

Date: _____

_____
Signature (handwritten) of Debtor 2 (Joint Debtor) (if applicable)

_____
Printed name of Debtor 2, if applicable

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned attorney for the Signing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed *Part I - Declaration of Debtor(s) or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct printed copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement About Your Social Security Numbers* (Official Form 121) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement About Your Social Security Numbers* (Official Form 121) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement About Your Social Security Numbers (Official Form 121) available for review upon request of the court.

Date: _____

_____
Signature (handwritten) of attorney for Signing Party
**Michael G. Spector**
Printed Name of attorney for Signing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*            F 1002-1.DEC.ELEC.FILING.INDIVIDUAL

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   In re:McKenna General Engineering, Inc. | Ch.7 BK    In re:Irontac, Inc. | Ch.7 BK
   Central District of CA | Case No.6:18-bk-18036-SY    Central District of CA | Case No.6:18-bk-18109-SY
   Filed: 09-22-2018        Filed: 09-25-2018

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Santa Ana, California , California.

Date:  9-27-18

Tim M. McKenna
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012        Page 1        **F 1015-2.1.STMT.RELATED.CASES**

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

### The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

> domestic support obligations,
>
> most student loans,
>
> certain taxes,
>
> debts for fraud or theft,
>
> debts for fraud or defalcation while acting in a fiduciary capacity,
>
> most criminal fines and restitution obligations,
>
> certain debts that are not listed in your bankruptcy papers,
>
> certain debts for acts that caused death or personal injury, and
>
> certain long-term secured debts.

> ## Warning: File Your Forms on Time
>
> Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.
>
> For more information about the documents and their deadlines, go to:
> http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Tim M. McKenna**

Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................... $ _____4,665.00

    Prior to the filing of this statement I have received ........................................ $ _____4,665.00

    Balance Due ................................................................................................... $ _____0.00

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date  9/27/18

Michael G. Spector
*Signature of Attorney*
**Law Offices of Michael G. Spector
2677 North Main Street, Suite 910
Santa Ana, CA 92705
(714) 835-3130  Fax: (714) 558-7435
mgspector@aol.com**
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Michael G. Spector<br>2677 North Main Street, Suite 910<br>Santa Ana, CA 92705<br>(714) 835-3130 Fax: (714) 558-7435<br>California State Bar Number: 145035 CA<br>mgspector@aol.com | FOR COURT USE ONLY |
|---|---|
| ☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Tim M. McKenna<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __58__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ____9/27/18____

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

Tim M. McKenna
61 Stetson
Irvine, CA 92602


Michael G. Spector
Law Offices of Michael G. Spector
2677 North Main Street, Suite 910
Santa Ana, CA 92705


5M Contracting, Inc.
2691 Dow Avenue, Suite C-2
Tustin, CA 92780-7230


91 Express Lanes
P.O. Box 68039
Anaheim, CA 92817


A&S Trucking Equipment Rental
5555 Bain Street
Mira Loma, CA 91752


ACC Business
P.O. Box 105306
Atlanta, GA 30348


Accountemps
Robert Half
P.O. Box 743295
Los Angeles, CA 90074


Ace Rental & Parts
P.O. Box 190
Ramona, CA 92065

Action Waste Oil Service, LLC
5917 Oak Avenue, #332
Temple City, CA 91780


Addison Equipment
10206 Elm Avenue
Fontana, CA 92335


ADT / Protection 1
P.O. Box 49292
Wichita, KS 67201


ADT / Protection 1
P.O. Box 219044
Kansas City, MO 64121


Advance Acceptance
First Western Bank & Trust
100 Praire Center Drive
Eden Prairie, MN 55344


Advanced Sweeping Services
14016 Santa Ana Avenue
Fontana, CA 92337


AGC of California
1906 W. Garvey Avenue S., Suite 100
West Covina, CA 91790


Agtek Development Co.
396 Earhart Way
Livermore, CA 94551

Ahern Rentals
1401 Mineral Avenue
Las Vegas, NV 89106


Ahern Rentals
c/o Mark A. Kirkorsky, P.C.
P.O. Box 25287
Tempe, AZ 85285


Air & Hose Source, Inc.
18324 Valley Blvd.
Bloomington, CA 92316


Airgas USA, LLC
P.O. Box 7423
Pasadena, CA 91109


Alfaro Equipment Repairs
400 E. Franklin Street
Lake Elsinore, CA 92530


All American Asphalt
P.O. Box 2229
Corona, CA 92878


All Cal Permit Services
P.O. Box 430
Cedar City, UT 84721


All Points Capital Corp.
P.O. Box 3071
Hicksville, NY 11802

Allegiance Construction, Inc.
Alta Loma, CA 91701


Allied Pest Control, Inc.
2045 California Avenue, Ste. 110
Corona, CA 92881


Ally Financial
P.O. Box 78234
Phoenix, AZ 85062-8234


American Business Bank
523 W. 6th Street, Ste. 900
Los Angeles, CA 90014


American Compaction Equipment, Inc.
21307 87th Avenue SE
Woodinville, WA 98072


American Credit Acceptance, LLC
P.O. Box 204531
Dallas, TX 75320


American Credit Acceptance, LLC
P.O. Box 4537
Carmel, IN 46082


American Intergrated
2341 N. Pacific Street
Orange, CA 92865

AMG & Associates
26470 Ruether Avenue, Ste. 108
Santa Clarita, CA 91350


AMG & Associates Inc.
28296 Constellation Road
Valencia, CA 91355


AMG & Associates Inc.
28296 Constellation Road
Santa Clarita, CA 91355


Anaheim Public Utilities
P.O. Box 3069
Anaheim, CA 92803


Analysts, Inc.
P.O. Box 847921
Dallas, TX 75284


Anglin Flewilling Rasmussen
301 N. Lake Avenue, Suite 1100
Pasadena, CA 91101


Anthem Blue Cross
P.O. Box 51011
Los Angeles, CA 90051


Apple One
800 Haven Avenue, Ste. 110
Ontario, CA 91764

Apple One Employment Services
P.O. Box 29048
Glendale, CA 91209


Aragon Geotechnical, Inc.
16801 Van Buren Blvd., Bldg. B
Riverside, CA 92504


ARC
345 Clinton Street
Costa Mesa, CA 92626


ASAP Heavy Equipment Rentals
19618 S. Susana Road
Compton, CA 90221


AT&T
P.O. Box 5025
Carol Stream, IL 60197


AT&T
P.O. Box 5093
Carol Stream, IL 60197


AT&T Alarm Digital Life
P.O. Box 537104
Atlanta, GA 30353


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197

Audi Financial Services
P.O. Box 5215
Carol Stream, IL 60197


B.E. McCarty, Inc.
P.O. Box 6757
Oxnard, CA 93031


Bank of America
P.O. Box 45224
Jacksonville, FL 32232


Bank of the West
P.O. Box 7167
Pasadena, CA 91109


Barraza Welding
24410 Macific Road
Homeland, CA 92548


Barton Series, LLC
ATTN: Sitework Development
155 N. Riverview Dr., Ste. 117
Anaheim, CA 92808


Battery Systems
3051 La Palma Avenue
Anaheim, CA 92806


BC Traffic Specialist, Inc.
638 W. Southern Avenue
Orange, CA 92865

Big A Heavy Haul
8376 Macron Street
Oak Hills, CA 92344


Bill Signs Trucking, LLC
10329 Channel Road
Lakeside, CA 92040


Blake Rochette CPA
625 Amigos Drive
Redlands, CA 92373


Blue Diamond Material
5625 Southern Avenue
South Gate, CA 90280


Blueline Rental
P.O. Box 840062
Dallas, TX 75284


BOK
16767 N. Perimeter Drive, Ste. 200
Scottsdale, AZ 85260


BOKF, NA
c/o Bank of Texas
P.O. Box 29775
Dallas, TX 75229


Borden Heavy Haul
Lock Box 4223
Rancho Cucamonga, CA 91729

Buckets 4 Rent
P.O. Box 55275
Riverside, CA 92517


Buncher Law Group
101 Pacifica, #100
Irvine, CA 92618


Byer Mathias
724 Harbor Blvd. West
West Sacramento, CA 95691


C.M.I. Transportation, Inc.
24795 State Hwy. 74
Perris, CA 92570


C5 Equipment Rentals, LLC
21921 Alessandro Blvd.
Moreno Valley, CA 92553


Cajalco Temescal Storage
20310 Temescal Canyon Road
Corona, CA 92881


Cal Lowbed Service
4750 Burr Street
Bakersfield, CA 93308


California Apprenticeship CNCL
P.O. Box 511283
Los Angeles, CA 90051

California State Disbursement
P.O. Box 989067
West Sacramento, CA 95798

California United Bank
818 West Seventh Street, Ste. 220
Los Angeles, CA 90017

California United Bank
2400 E. Katella Avenue, Ste. 200
Anaheim, CA 92806

Canyon Tire Sales, Inc.
10064 Dawson Canyon Road, #A
Corona, CA 92883

Capital One Bank
P.O. Box 60599
City of Industry, CA 91716

Capital One, N.A.
Equipment Leasing & Finance
11241 Willows Road NE, Ste. 300
Redmond, WA 98052

Carpenters Union
533 S. Fremont Avenue, 10th Fl.
Los Angeles, CA 90071

Casillas Roll Offs
819 Baghday Street
West Sacramento, CA 95798

Caterpillar Financial Group
P.O. Box 100647
Pasadena, CA 91189


Caterpillar Financial Services Corp
2120 W. End Avenue
P.O. Box 340001
Nashville, TN 37203


Catherine Kelly McKenna
1059 S. Summer Breeze Lane
Anaheim, CA 92808


Caufield Equipment, LLC
231 E. Alessandro Blvd., #610
Riverside, CA 92508


CB Delivery
41432 Patri Circle
Murrieta, CA 92562


CDS Insurance Services
2001 E. Financial Way, Ste. 200
Glendora, CA 91741


Ceasar's Off Road Service
16099 Lenel Court
Riverside, CA 92504


Cement Masons Local 500
1012 E. Cooley Drive, Ste. A
Colton, CA 92324

Channel Equipment
16331 Construction Circle East
Irvine, CA 92606


Charles Rivera
3681 ADA Court
Riverside, CA 92505


Chase


Chase Bank
P.O. Box 659732
San Antonio, TX 78265


Chino Grading, Inc.
12403 Central Avenue, Suite 31
Chino, CA 91710


Choice Builder
721 S. Parker, Ste. 200
Orange, CA 92868


Chuck Green & Associates, Inc.
P.O. Box 716
Lakeside, CA 92040


City of Corona
400 S. Vicentia Avenue, Ste. 125
Corona, CA 92882

City of Corona
8839 N. Cedar Avenue, #212
Fresno, CA 93720


City of Corona Water & Power
Attn: Utility Billing Division
P.O. Box 950
Corona, CA 92878


City Restore Inc.
3483 Mono Drive
Riverside, CA 92506


Coachella Valley Water District
P.O. Box 5000
Coachella, CA 92236


Coastline Commercial Sweepers
P.O. Box 2297
Montclair, CA 91763


Coastline Equipment
P.O. Box 22732
Long Beach, CA 90801


Collinswort, Specht, Calkins &
Giampaoli, LLP
9665 Chesapeak Drive, #305
San Diego, CA 92123


Collinsworth Construction, Inc.
P.O. Box 1286
Yucaipa, CA 92399

Commercial Trade, Inc.
c/o Sandra Kuhn McCormack, Esq.
5330 Office Center Court, Ste. C
Bakersfield, CA 93309


Commodity Trucking Acquisition, LLC
14032 Santa Ana Avenue
Fontana, CA 92337


Commodity Trucking Acquisition, LLC
c/o Johnson Law Firm APC
P.O. Box 891209
Temecula, CA 92589


Concepcion Lorenzo
7673 Hall Avenue
Corona, CA 92880


Conservation Station
20833 Santa Clara Street
Canyon Country, CA 91351


Construction Equipment Guide
470 Maryland Drive
Fort Washington, PA 19034


Construction Laborers Trust Funds
for Southern California
4401 Santa Anita Avenue, Ste. 150
El Monte, CA 91731


Construction Marketing Services
P.O. Box 892977
Temecula, CA 92589

Corliss, A Law Corporation
29222 Rancho Viejo Road, Ste. 111
San Juan Capistrano, CA 92675


Courtney Anne Statham Penteado
61 Stetson
Irvine, CA 92602


Courtney Statham
1426 Whispering Trail
Irvine, CA 92602


Creative Color Printing, Inc.
1605 Railroad Street
Corona, CA 92880


CT Equipment, LLC
17996 El Nido Road
Glavilan Hills, CA 92570


CTW
624 N. Main Street
Corona, CA 92880


Cutting Edge Supply
234 E. Q Street
Colton, CA 92324


D.M. Imbriaco
31097 Little Camille Way
Menifee, CA 92584

Dalton Trucking, Inc.
P.O. Box 2100
Rancho Cucamonga, CA 91729


Dateland Construction
83801 Avenue 45
Indio, CA 92201


Dave Hanzich CPA
1600 Dove Street, Ste. 111
Newport Beach, CA 92660


Day & Night Power Sweeping
1235 Pierre Way, Suite A
El Cajon, CA 92021


DCS
P.O. Box 447
Sycamore, IL 60178


Dept. of Industrial Relations
Accounting - Collections Unit
455 Golden Gate Avenue, 10th Fl.
San Francisco, CA 94102


Design Masonary, Inc.
20703 Santa Clara Street
Canyon Country, CA 91351


Developers Surety & Indemnity Co.
17771 Cowan, Ste. 100
Irvine, CA 92614

Diamond Environmental Services
807 E. Mission Road
San Marcos, CA 92069


Diesel Emissions Direct, Inc.
5225 Canyon Crest Drive
PMB 71-421
Riverside, CA 92507


Dispatch Trucking
14032 Santa Ana Avenue
Fontana, CA 92337


Diversified Concrete Cutting
59 Coney Island Drive
Sparks, NV 89431


Diversified Demolition Company
59 Coney Island Drive
Sparks, NV 89431


DMV
P.O. Box 942894
Sacramento, CA 94294


Dodge Data & Analytics
DEPT CH 19894
Palatine, IL 60055


Don Coriliss
29222 Rancho Viejo Road, Ste. 111
San Juan Capistrano, CA 92675

Doug's Filter Service, Inc.
1920 W. Mission Road
Escondido, CA 92029


Downs Energy Fuel & Lubricants
1296 Magnolia Avenue
Corona, CA 92879


Downs Equipment Rentals, Inc.
P.O. Box 80536
Bakersfield, CA 93380


DPF Medic Inc.
10645 Beach Blvd.
Stanton, CA 90680


Duna Gardens
P.O. Box 80293
City of Industry, CA 91716


Eastern Municipal Water District
P.O. Box 8300
Perris, CA 92572


Eddie's Portable Machining, Inc.
1409 Virginia Avenue, Unit 1-B
Baldwin Park, CA 91706


Edick & Watt, Inc.
P.O. Box 13428
El Cajon, CA 92022

Edison
P.O. Box 600
Rosemead, CA 91771


Eight Point Trailer Corp.
14700 Slover Avenue
Fontana, CA 92337


Elsinore Valley Municipal
ATTN: Water District
P.O. Box 3000
Lake Elsinore, CA 92531


Employee Benefits Corporation
P.O. Box 2420
Omaha, NE 68103


Employment Development Dept.
Bankruptcy Group MIC-92E
P.O. Box 826880
Sacramento, CA 94280


Empower Lab, Inc.
1368 Upland Hills Drive S.
Upland, CA 91786


Enterprise Rental Car
P.O. Box 843369
Kansas City, MO 64184


EVER-PAC
P.O. Box 748168
Los Angeles, CA 90074

Extreme Hardfacing & Welding LLC
3836 Pierce Street
Riverside, CA 92503


F & B Equipment
1240 E. Ontario Avenue, Ste.102-239
Corona, CA 92881


Federal Express
P.O. Box 7221
Pasadena, CA 91109


First Bankcard
P.O. Box 2818
Omaha, NE 68103


First National Bank
P.O. Box 2818
Omaha, NE 68103


Fleco Attachments
9191 Industrial Blvd.
Leland, NC 28451


Ford Motor Credit
P.O. Box 7172
Pasadena, CA 91109


Ford Motor Credit Company
P.O. Box 552679
Detroit, MI 48255-2679

Ford Motor Credit Company
P.O. Box 6508
Mesa, AZ 85216


Franchise Tax Board
Bankruptcy Section, MS: A-340
Sacramento, CA 95812-2952


Frontier
P.O. Box 740407
Cincinnati, OH 45274


Frontier Performance Lubricants
P.O. Box 1777
Lodi, CA 95241


Gallon Erosian Control
2842 Sherwin Avenue, #E
Ventura, CA 93003


Gatorwraps, Inc.
780 S. Rochester Avenue, Ste. C
Ontario, CA 91761


Geox
1295 Distribution Way, Ste. B
Vista, CA 92081


Ghassemian Law Group
27405 Puerta Real, Ste. 250
Mission Viejo, CA 92691

GJ Gentry General Engingeering
1297 W. 9th Street
Upland, CA 91786


GPS Technologies, Inc.
26674 Evergreen Avenue
Murrieta, CA 92563


Great America Financial Services
P.O. Box 660831
Dallas, TX 75266


Green Acres Advertising Design
10 E. Vine, Ste.214
Redlands, CA 92373


Greenstone Materials, Inc.
P.O. Box 568
San Juan Capistrano, CA 92693


Gregg Drilling & Testing, Inc.
2726 Walnut Avenue
Signal Hill, CA 90755


Guralnick, Gilliland Knighthen
40004 Cook Street
Palm Desert, CA 92211


Hammerco
2269 Hamner Avenue
Norco, CA 92860

Hanover Insurance Group
P.O. Box 580045
Charlotte, NC 28258


Harper Contracting, Inc.
P.O. Box 18549
Salt Lake City, UT 84118


Harper Equipment Rental
8141 Electric Avenue
Stanton, CA 90680


Hartford Fire Insurance Co.
1 Pointe Drive, Ste. 325
Brea, CA 92821


Heavy Equipment Rentals, LLC
13013 Temescal Canyon Road
Corona, CA 92883


Hemborg Ford
1900 Hamner Avenue
Norco, CA 92860


Hensley Concrete
1507 Heather Lane
Riverside, CA 92504


Herigstad Equipment Rental
P.O. Box 87
Perris, CA 92572

Herk & Associates, LLC
7250 N. 16th Street, Ste. 318
Phoenix, AZ 85020


Highlift Inc.
P.O. Box 905
Lynwood, CA 90262


Hillside Heating & Air
400 Princeland Court, Suite 3
Corona, CA 92879


Hoffman Legal Corporation
27405 Puerta Real, Ste. 250
Mission Viejo, CA 92691


Horizon Tree Transplanting Inc.
563 Gem Lane
Ramona, CA 92065


HS Worldwide Parts
1447 W. OFarrel Street
San Pedro, CA 90732


Hub Spot, Inc.
P.O. Box 419842
Boston, MA 02241


Hubspot
25 1st Street
Cambridge, MA 02141

I.U.E.O. Local 12
P.O. Box 7109
Pasadena, CA 91110-9000


I.U.O.E. Local 12
ATTN: Ronald J. Sikorski, GVP & BM
150 Corson Street
Pasadena, CA 91103


IMC Professional Building Clean Up
1420 E. Edinger Avenue, Ste. 117
Santa Ana, CA 92705


Industrial Process Equipment, Inc.
1700 Industrial Avenue
Norco, CA 92860


Inland Empire Mobile Hose
25033 Graduar Court
Moreno Valley, CA 92557


Inside Plants
2045 California Avenue, #105
Corona, CA 92881


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


International Fidelity Insurance Co
1 Newark Center, 20th Floor
Newark, NJ 07102

Intravaia Rock & Sand, Inc.
5551 State Street
Montclair, CA 91763


Intuit Quickbooks
2632 Marine Way
Mountain View, CA 94043


IPFS Corporation
P.O. Box 100391
Pasadena, CA 91189


IPFS Corporation
3 Hutton Centre Drive, Ste. 630
Santa Ana, CA 92707


IPFS Corporation
c/o CDS Insurance Services
2001 E. Financial Way, Ste. 200
Glendora, CA 91741


IPFS Corporation
777 S. Figueroa Street, Ste. 300
Los Angeles, CA 90017


Iron Planet
3825 Hopyard Road
Pleasanton, CA 94588


Irontrac, Inc.
P.O. Box 6156
Corona, CA 92878

Irontrac, Inc.
20330 Temescal Canyon
Corona, CA 92881


Irvine Ranch Water District
15600 Sand Canyon Avenue
Irvine, CA 92618


ISCO Machinery, Inc.
4796 West Sierra Hwy
Acton, CA 93510


Islas Tires, Inc.
12328 Carmenita Road
Whittier, CA 90605


James Clark Trucking, Inc.
31500 Grape Street, Suite 3-256
Lake Elsinore, CA 92532


Jason Caufield
3378 N. Laurel Avenue
Rialto, CA 92377


Jason Caufield
c/o CKB Vienna, LLP
10390 Commerce Center Dr., Ste. 110
Rancho Cucamonga, CA 91730


Jason Wheeler
25671 LE Parc, Apt. 1
Lake Forest, CA 92630

JCE Equipment, Inc.
2064 Rita Court
Upland, CA 91784


Jesse Coker
28202 Modjeska Grade Road
Silverado, CA 92676


John Deere
Worldwide Construction & Forestry
1515 5th Avenue
Moline, IL 61265


Johnson Machinery Co.
800 E. La Cadena Drive
P.O. Box 351
Riverside, CA 92502


Johnson Machinery Co.
P.O. Box 748168
Los Angeles, CA 90074


Joseph Robert Terrazas III, Esq.
202 S. Lake Avenue, Ste. 290
Pasadena, CA 91101


JT Enterprise
2901 White Avenue
La Verne, CA 91750


Juan Alberto Patino

Justin R. Jones
23401 Red Robin Way
Lake Forest, CA 92630


K & B Water Truck Service
12306 Palm Avenue
Bakersfield, CA 93312


K & B Water Truck Service
c/o Brumfield & Hagan LLP
2031 F Street
Bakersfield, CA 93301


K. Hovnanian Companies of CA, Inc.
2525 Campus Drive
Irvine, CA 92612


Kennedy Equipment Rental
2828 Cochran Street, #169
Simi Valley, CA 93065


Kitsap Tractor & Equipment
9145 Silverdale
Silverdale, WA 98383


Klein Products, Inc.
P.O. Box 3700
Ontario, CA 91761


KME Systems, Inc.
21064 Bake Parkway, Suite 200
Lake Forest, CA 92630

KME Systems, Inc.
c/o Great America Financial Svcs
625 First Street SE
Cedar Rapids, IA 52401


KME Systems, Inc.
c/o Great America Financial Svcs
P.O. Box 609
Cedar Rapids, IA 52406


Kyle Lawless
c/o BRUMFIELD & HAGAN, LLP
2031 F Street
Bakersfield, CA 93301


KYOCERA
14101 Alton Parkway
Irvine, CA 92618


LA Lube, Inc.
213 Live Oak Avenue
Irwindale, CA 91706


Laboers Union
Local 1184
1128 E. La Cadena
Riverside, CA 92507


Lalonde Equipment Rental
2508 N. Palm Drive, Ste. 200
Signal Hill, CA 90755


Larry's Trucking, LLC
532 W. Philadelphia Street
Ontario, CA 91762

Law Office of Jenna Lorenz
611 Civic Center Drive W., Ste. 201
Santa Ana, CA 92701


Law Office of Michelle J. Sukhov,
Inc.
33 Elias
P.O. Box 188
Tecopa, CA 92389


Law Offices of Joseph Terrazas
202 S. Lake Avenue, Ste. 290
Pasadena, CA 91101


Law Offices of Michael Sukhov
23272 Mill Creek Drive, Suite 320
Laguna Hills, CA 92653


Lawson Products, Inc.
P.O. Box 809401
Chicago, IL 60680


Layfield Environmental System
2500 Sweetwater Springs Blvd., #110
Spring Valley, CA 91978


Layfield USA Corp.
c/o Asset Collections Inc.
10505 SW Barbur Blvd., #301
Portland, OR 97219


Leon Electric
2125 Wilson Avenue
Perris, CA 92571

Leviathan Corporation
55 Washington Street, Office #457
Brooklyn, NY 11201


Lindenbarger Goggan Blair &
Sampson LLP
18000 Studabaker Road, Ste. 700
Cerritos, CA 90703


Litka, Rochette & Company CPA
P.O. Box 10475
San Bernardino, CA 92423


Lou Water Trucks
c/o Lou Misterly
1855 Chesapeake Way
Corona, CA 92880


Lovco Construction, Inc.
1300 Burnett Street
Signal Hill, CA 90755


Luis Robledo
27546 Echo Canyon Court
Corona, CA 92883


Machinery Access
P.O. Box 800
Johnston, IA 50131


Machinery Trader
P.O. Box 85673
Lincoln, NE 68501

Manganal Sales Co.
1240 South Lincoln Street
Colton, CA 92324


Marborg Industries
P.O. Box 4127
Santa Barbara, CA 93140


Marco Rentals, Inc.
1501 N. Susan Street
Santa Ana, CA 92703


Marco Transport
1501 N. Susan Street
Santa Ana, CA 92703


Marina Landscape, Inc.
3707 W. Garden Grove Blvd.
Orange, CA 92868


Mark's Tire Service
P.O. Box 2854
Paso Robles, CA 93447


Master Pac
5585 Birch Street
Lake Elsinore, CA 92530


McCarty & Sons Towing
1608 E. Fifth Street
P.O. Box 6757
Oxnard, CA 93031

McFadden-Dale Industrial Hardware
129 N. Maple Street, Unit C
Corona, CA 92880


McKenna General Engineering, Inc.
1632 Railroad Street
Corona, CA 92880


McKenna Ironman Rentals
1059 Summer Breeze Lane
Anaheim, CA 92808


McLaughlin Engineering & Mining,Inc
27636 Ynez Road, #L7-222
Temecula, CA 92591


McMinn Equipment Rental &
Leasing, Inc.
21801 Barton Road, Unit B
Grand Terrace, CA 92313


Meerkat, Inc.
434 S. Yucca Avenue
Rialto, CA 92376


Mike Boranian
13138 Sugarloaf Drive
Eastvale, CA 92880


Mike Roche, Inc.
8445 S. Atlantic Avenue
Cudahy, CA 90201

Mike Roche, Inc.
8445 S. Atlantic Avenue
Bell Gardens, CA 90201


Mike's Welding Enterprises, Inc.
P.O. Box 70
Rancho Cucamonga, CA 91729


Mikes Welding
14138 Slover Avenue
Fontana, CA 92337


Miller Blades, Inc.
10700 Jersey Blvd., Suite 220
Rancho Cucamonga, CA 91730


Miller Equipment Company, Inc.
P.O. Box 2956
Lancaster, CA 93539


Mirman and Bubman
21860 Burbank Blvd.
Woodland Hills, CA 91367


Misael Lucero
111 N. Victoria Avenue
Corona, CA 92879


Mobile Mechanics
21100 State Street, #201
San Jacinto, CA 92583

Mobile Mini
P.O. Box 7144
Pasadena, CA 91109


Monteleone & McCrory, LLP
725 S. Figueroa Street, #3200
Los Angeles, CA 90017


Myers & Sons Construction
4600 Northgate Blvd., Ste. 100
Sacramento, CA 95834


National Business Furniture, LLC
770 S. 70th Street
Milwaukee, WI 53214


Nationstar
P.O. Box 612488
Dallas, TX 75261


Newman Backhoe Service, Inc.
7381 Walnut Avenue
Buena Park, CA 90620


Noreast Capital Corporation
428 Fourth Street, Suite 1
Annapolis, MD 21403


Noreast Capital Corporation
P.O. Box 4128
Annapolis, MD 21403

North County Sand & Gravel
26227 Sherman Road
Sun City, CA 92585


Northpoint Commercial Finance
P.O. Box 731751
Dallas, TX 75373


Northpoint Commercial Finance LLC
600 Northwinds
11675 Rainwater Drve, Ste. 450
Alpharetta, GA 30009


Northpointe Financial
11675 Rainwater Drive, Ste. 450
Alpharetta, GA 30009


Northwest Excavating, Inc.
18201 Napa Street
Northridge, CA 91325


O'Connor Contruction Mgmt Inc.
2150 Washington Street, Ste. 203
San Diego, CA 92110


Oltmans Construction Company
P.O. Box 985
Whittier, CA 90608


Oltmans Construction Company
c/o RMKB
445 S. Figueroa Street, Ste. 3000
Los Angeles, CA 90071

```
Olympic Creations
4362 E. La Palma Avenue
Anaheim, CA 92807


Ontrac
Department #841664
Los Angeles, CA 90084


OnTrac
P.O. Box 841664
Los Angeles, CA 90084


OnTrac
c/o Accelerated Recovery Svcs, Inc.
P.O. Box 2368
Redwood City, CA 94064


Operating Engineers Local 12
150 Corson Street
Pasadena, CA 91103


Operating Engineers Trust Fund
3440 Flair Drive
El Monte, CA 91731


Orange Coast Petroleum Equipment
1015 North Parker Avenue
Orange, CA 92867


P.W. Gillibrand, Inc.
4537 Ish Drive
Simi Valley, CA 93063
```

```
P.W. Gillibrand, Inc.
c/o Hathaway, Perrett, Webster,
Powers, Chrisman & Gutierrez
P.O. Box 3577
Ventura, CA 93006


P.W. Gillibrand, Inc.
c/o Hathaway, Perrett, Webster,
Powers, Chrisman & Gutierrez
5450 Telegraph Road
Ventura, CA 93006


Paccar Financial
1700 Woodbrook Street
Denton, TX 76205


Pacific Coatings
c/o Francis Bart Panton
15560 Jacara Lane
Moreno Valley, CA 92551


Pacific State Transportation
P.O. Box 1098
Murrieta, CA 92564


Pacific Tractor West
P.O. Box 4775
Covina, CA 91723


Pacific Tractor West, Inc.
P.O. Box 895
Murrieta, CA 92564


Pacific Western Bank
50 W. Hillcrest Drive
Thousand Oaks, CA 91360
```

Pacific Western Bank
P.O. Box 131207
Carlsbad, CA 92013


Pacific Western Bank
5900 La Place Court, Ste. 200
Carlsbad, CA 92008


Pacific Western Bank
c/o Mirman Bubman Nahmias LLP
21860 Burbank Blvd., Ste. 360
Woodland Hills, CA 91367


Paladin Attachments
820 Glaser Parkway
Akron, OH 44306


Papich Construction Co., Inc.
800 Farroll Road
Grover Beach, CA 93433


Parkhouse Tire, Inc.
P.O. Box 2430
Bell Gardens, CA 90202


Parkview Business Centre Assoc.
P.O. Box 1117
Corona, CA 92878


Partsmaster
P.O. Box 971342
Dallas, TX 75397

Patterson Law Firm APC
1800 E. Imperial Highway, Ste. 110
Brea, CA 92821


Paul Clark
13490 Quail Run Road
Eastvale, CA 92880


Pavement Recycling System
10240 San Sevaine Way
Mira Loma, CA 91752


PDQ Rental Center
10826 Shoemaker
Santa Fe Springs, CA 90670


Penhall Company
Dept. 842911
Los Angeles, CA 90084


People Ready
P.O. Box 31001-0257
Pasadena, CA 91110


People Ready
c/o Law Offices of Alan L. Brodkin
& Associates
15500 B Rockfield Blvd.
Irvine, CA 92618-7000


Pep Boys
P.O. Box 8500-50445
Philadelphia, PA 19178

Pep Boys
ATTN: Accounts Receivables
3111 W. Allegheny Avenue
Philadelphia, PA 19132


Pete's Road Service Inc.
2230 E. Orangethorpe Avenue
Fullerton, CA 92831


Pirtek
3299 Walnut Avenue
Signal Hill, CA 90755


PNC Mortgage
11 Penn Plaza
New York, NY 10001


Point of Rental Systems, Inc.
1901 N. State Highway 360, Ste.340
Grand Prairie, TX 75050


Power Plus
1210 N. Red Gum Street
Anaheim, CA 92806


Powerscreen of N. California
1205 Business Park Drive
Dixon, CA 95620


Precise Service Company
26100 Newport Road, Suite 12-1
Menifee, CA 92584

Prime Glass
9668 Milliken Avenue, Ste. 104-291
Rancho Cucamonga, CA 91730


Print Signs Wraps
1560 Commerce Street, Unit F
Corona, CA 92880


Pro Welding
215 N. Street Crispen
Brea, CA 92821


Pro-Craft Construction, Inc.
31597 Outer Hwy. 10, Ste. B
Redlands, CA 92373


Prosource Equipment
29122 Blue Moon Drive
Menifee, CA 92584


Protection One
P.O. Box 219044
Kansas City, MO 64121


Proven Parts
6550 Box Springs Blvd.
Riverside, CA 92507


Quality Permits LLC
24716 Redlands Blvd.
Loma Linda, CA 92354

Quickbooks Payroll Services
2632 Marine Way
Mountain View, CA 94043


Quinn Rental Services
ATTN: Department 9665
P.O. Box 849665
Los Angeles, CA 90084


R.S. Crow Equipment
21300 River Road
Perris, CA 92570


Rain for Rent
File 52541
Los Angeles, CA 90074


Ramco
3713 Alamo Street, Suite 201
Simi Valley, CA 93063


Rancho Ready Mix Products, LP
28251 Lake Street
Lake Elsinore, CA 92530


Randall-Reilly Equipment Co.
P.O. Box 2029
Tuscaloosa, AL 35406


RC Berger Construction
c/o RC Grading
P.O. Box 78371
Corona, CA 92877

RDO Equipment Co.
10108 Riverford Road
Lakeside, CA 92040


RDO Equipment Co.
P.O. Box 7160
Fargo, ND 58106


Rental Yard
P.O. Box 85673
Lincoln, NE 68501


Rentrac, Inc.
10490 Dawson Canyon Road
Corona, CA 92883


Republic Services
12949 Telegraph Road
Santa Fe Springs, CA 90670


Richie Brothers
765 W. Rider Street
Perris, CA 92571


Riverside County Treasurer
P.O. Box 12005
Riverside, CA 92502


RJ Lalonde Equipment Rental
2508 N. Palm Drive, #200
Signal Hill, CA 90755

RMR Water Trucks
32016 N. Castaic Rd.
Castaic, CA 91384


Road Builders, Inc.
6710 L Street
Lincoln, NE 68510


Road Machinery LLC
475 W. Rider Street
Perris, CA 92571


Road Machinery LLC
File #749357
Los Angeles, CA 90074


Road Machinery, LLC
4710 E. Elwood, Suite 6
Phoenix, AZ 85040


Road Ready Registration
9561 Pittsburgh Avenue
Rancho Cucamonga, CA 91730


Robert Half Finance & Accounting
P.O. Box 743295
Los Angeles, CA 90074


Robert Half International Inc.
c/o Natalia A. Minassian, Esq.
18757 Burbank Blvd., Ste. 100
Norwalk, CA 90650

Robert Half International Inc.
c/o Law Offices of Brian J. Ferber
5611 Fallbrook Avenue
Woodland Hills, CA 91367


Rodriguez Sweeping Service
P.O. Box 8521
Anaheim, CA 92812


Rosalia Encinas
3460 Mapleleaf Drive
Riverside, CA 92503


Rubalcava Trucking, Inc.
P.O. Box 726
Chino, CA 91708


Salesforce.com Inc.
P.O. Box 203141
Dallas, TX 75320


Sam Hill & Sons
P.O. Box 5870
Ventura, CA 93005


San Marino Roof Co. Inc.
2187 N. Batavia St.
Orange, CA 92865


Sandhills Cloud
P.O. Box 85670
Lincoln, NE 68501

Santa Barbara Concrete Cutting
P.O. Box 60527
Santa Barbara, CA 93160


Santa Margarita Water District
26111 Antonio Parkway
Rancho Santa Margarita, CA 92688


Santa Margarita Water District
c/o Best Best & Krieger LLP
655 W. Broadway, 15th Fl.
San Diego, CA 92101


Sany America, Inc.
318 Cooper Circle
Peachtree City, GA 30269


Sany Capital
318 Cooper Circle
Peachtree City, GA 30269


Sawyer Petroleum
1543 W. 16th Street
Long Beach, CA 90813


SC Fuels
P.O. Box 14014
Orange, CA 92863


Schools First FCU
P.O. Box 11908
Santa Ana, CA 92711

Schools First FCU
P.O. Box 11547
Santa Ana, CA 92711


Scott Johnson
1869 Magnolia Court
Oceanside, CA 92054


Select Portfolio
P.O. Box 65250
Salt Lake City, UT 84165


Sitech Pacific LLC
P.O. Box 351
Riverside, CA 92502


Sitework Development Co., LLC
1059 Summer Breeze Lane
Anaheim, CA 92808


Smitty's Towing
5755 Thornwood Drive
Goleta, CA 93117


Snap-On
20310 Temescal Canyon Road
Corona, CA 92881


Soren McAdam Christenson
2068 Orange Tree Lane, #100
Redlands, CA 92374

Soren McAdam Christenson LLP
P.O. Box 8010
Redlands, CA 92375


Southern California Edison
P.O. Box 600
Rosemead, CA 91771


Southern California Edison
P.O. Box 300
Rosemead, CA 91772


Southern Counties Lubricants
P.O. Box 5765
Orange, CA 92863


Sparkletts Water
P.O. Box 660579
Dallas, TX 75266


Staples
P.O. Box 414524
Boston, MA 02241


Staples Business Credit
P.O. Box 105638
Atlanta, GA 30348


State Board of Equalization

Stearns Bank
P.O. Box 750
Albany, MN 56307


Steel Unlimited, Inc.
452 W. Valley Blvd.
Rialto, CA 92376


Steve Nuttall
692 Camino Campana
Santa Barbara, CA 93111


Strickland Mfg. LLC
1070 Merchants Lane
Oilville, VA 23129


Suket
2400 W. Baseline Road
San Bernardino, CA 92410


Summit Estates HOA
P.O. Box 80017
City of Industry, CA 91716


Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384


Swifty Sign
9819 Foothill Blvd., #E
Rancho Cucamonga, CA 91730

TD Auto Finance
P.O. Box 16035
Lewiston, ME 04243


Temeda
2244 95th Street
Naperville, IL 60564


Textura Systems


TGI
10551 Humbolt Street
Los Alamitos, CA 90720


The Toll Roads
P.O. Box 57011
Irvine, CA 92619


Theresse Perez
P.O. Box 444
Silverado, CA 92676


Thompson Construction Supply
1169 Sherborn Street
Corona, CA 92877


TNT USA, LLC
Dept. 781108
Detroit, MI 48278

Toll Roads
ATTN: Violation Dept.
P.O. Box 57011
Irvine, CA 92619


Toolshed Equipment Rental
156 W. Mission Avenue
Escondido, CA 92025


Travelers Insurance Company
CL Remittance Center
P.O. Box 660317
Dallas, TX 75266


Travelers TravPay


Tri-County Transportation, Inc.
555 Sandy Circle
Oxnard, CA 93036


Tri-Form Co.
4368 E. La Palma Avenue
Anaheim, CA 92807


Triumph Geo-Synthetics, Inc.
1235 N. Grove Street
Anaheim, CA 92806


TWP Inc.
4675 Wade Ave.
Perris, CA 92571

UB Equipment
4701-B Little John Street
Baldwin Park, CA 91706


United Healthcare
1350 Treat Blvd., #470
Walnut Creek, CA 94597


United Healthcare
c/o Allied Interstate
2290 Agate Court, Unit A1
Simi Valley, CA 93065


United Rentals
c/o McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146


United Rentals, Inc.
File 51122
Los Angeles, CA 90074


United Screening & Crushing
3380 La Sierra Avenue
Los Angeles, CA 90074


United Site Services of CA
P.O. Box 53267
Phoenix, AZ 85072


United States Treasury

United Virtual Office
155 N. Riverview Drive
Anaheim, CA 92808


Venco Power Sweeping, Inc.
2400 Eastman Avenue
Oxnard, CA 93030


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266


Verizon Wireless
c/o McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146


Vistage
4840 Eastgate Mall
San Diego, CA 92121


Vulcan Materials Company
16013 E. Foothill Blvd.
Irwindale, CA 91702


Walker's Air Brakes
921 E. Francis Street
Ontario, CA 91761


Waste Management El Cajon
P.O. Box 541065
Los Angeles, CA 90054

Waste Management Inland Empire
P.O. Box 541065
Los Angeles, CA 90054


Waste Management LA Metro
P.O. Box 541065
Los Angeles, CA 90054


Waste Management North OC
P.O. Box 43530
Phoenix, AZ 85080


Waste Management of Sun Valley
13940 E. Live Oak Avenue
Baldwin Park, CA 91706


Waste Management Orange County
P.O. Box 78251
Phoenix, AZ 85062


We-Do Equipment Repair & Supplies
1932 Elise Circle
Corona, CA 92879


Wells Fargo Dealer Services
P.O. Box 17900
Denver, CO 80217


Wells Fargo Equipment Finance
P.O. Box 1450
Minneapolis, MN 55485

Wells Fargo Equipment Finance
733 Marquette Avenue, #700
MAC N9306-070
Minneapolis, MN 55402


Wells Fargo Equipment Finance
2700 S. Price Road, 3rd Floor
Chandler, AZ 85286


Wells Fargo Equipment Finance, Inc.
600 S. 4th Street
MAC N9300-100
Minneapolis, MN 55415


West Coast Sand & Gravel
P.O. Box 5067
Buena Park, CA 90622


Western Surety Co.
1455 Frazee Road, Ste. 300
San Diego, CA 92108


White Cap Construction Supply
P.O. Box 6040
Cypress, CA 90630


White, Zuckerman, Warsavsky, Luna
& Hunt LLP
4 Park Plaza, Suite 200
Irvine, CA 92614


White, Zuckerman, Warsavsky, Luna
& Hunt LLP
15490 Ventura Blvd., Ste. 300
Sherman Oaks, CA 91403

Windrow Earth Transport
14032 Santa Ana Avenue
Fontana, CA 92337


WMB & Associates
22421 Barton Road, #125
Grand Terrace, CA 92313


Xylem Dewatering Solutions
P.O. Box 935152
Atlanta, GA 31193


Xylem Dewatering Solutions
84 Floodgate Road
Bridgeport, NJ 08014