**Fill in this information to identify your case:**

Debtor 1 __Tim M. McKenna__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number __8:18-bk-13588-SC__
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.   **Is this a joint case?**

■ No. Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**   ☐ No

Do not list Debtor 1 and Debtor 2.   ■ Yes.  Fill out this information for each dependent...........

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 13 | ■ No ☐ Yes |
| Daughter | 16 | ■ No ☐ Yes |
| Son | 18 | ☐ No ■ Yes |
| Catherine McKenna | 47 | ■ No ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4.   The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $ | 1,000.00 |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a.  $ | 0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b.  $ | 0.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c.  $ | 0.00 |
| 4d.   Homeowner's association or condominium dues | 4d.  $ | 0.00 |
| 5.   Additional mortgage payments for your residence, such as home equity loans | 5.  $ | 0.00 |

Debtor 1   **Tim M. McKenna**                                    Case number (if known)   **8:18-bk-13588-SC**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | | 330.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | | 70.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | | 250.00 |
| | 6d. Other. Specify: | 6d. $ | | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | | 900.00 |
| 8. | **Childcare and children's education costs** | 8. $ | | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | | 200.00 |
| 10. | **Personal care products and services** | 10. $ | | 20.00 |
| 11. | **Medical and dental expenses** | 11. $ | | 500.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | 12. $ | | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | | 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | | 0.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. $ | | 0.00 |
| | 15b. Health insurance | 15b. $ | | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | | 136.00 |
| | 15d. Other insurance. Specify: | 15d. $ | | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | 16. $ | | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | | 0.00 |
| | 17c. Other. Specify: | 17c. $ | | 0.00 |
| | 17d. Other. Specify: | 17d. $ | | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | | 4,250.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | | |
| | Specify: | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. $ | | 0.00 |
| | 20b. Real estate taxes | 20b. $ | | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 7,956.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 7,956.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 8,500.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 7,956.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 544.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.   | Explain here: |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | __Tim M. McKenna__ |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 8:18-bk-13588-SC |

☐ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____
__Tim M. McKenna__                  Signature of Debtor 2
Signature of Debtor 1

Date __October 26, 2018__           Date _____

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tim M. McKenna** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **8:18-bk-13588-SC** |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy       4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐ No
    ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **1059 S. Summer Breeze Lane** **Anaheim, CA 92808** | From-To: **1994 - 03/08/2017** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **107 Sunset Court** **Irvine, CA 92602** | From-To: **04/01/2017 - 03/31/2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☐ No
    ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**   Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

Debtor 1    **Tim M. McKenna**                                          Case number *(if known)*    **8:18-bk-13588-SC**

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $50,000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $78,000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips ■ Operating a business | $5,800.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $300,000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $105,000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2016 ) | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $300,000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $105,000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $60,000.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|

Debtor 1   **Tim M. McKenna**                    Case number *(if known)*   **8:18-bk-13588-SC**

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

   ☐   No.   Go to line 7.

   ■   Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   \* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐   No.   Go to line 7.

   ☐   Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Chase Bank**<br>P.O. Box 659732<br>San Antonio, TX 78265 | 8/18 | **$7,400.00** | $0.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Patterson Law Firm**<br>1800 E. Imperial Highway, Suite 110<br>Brea, CA 92821 | 8/28 | **$145,000.00** | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  <u>Court ordered liquidation of 401k and 529 Plans and ordered it to be paid to Catherine McKenna's attorneys</u> |

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■   No
   ☐   Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■   No
   ☐   Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

---

| Debtor 1 | **Tim M. McKenna** | Case number (if known) | **8:18-bk-13588-SC** |

---

**Part 4:**    **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐   No
   ■   Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Developers Surety and Indemnity Co. v. McKenna General Engineering Et. Al.**<br>**RIC 1808030** | | **Riverside Superior** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **McKenna v. McKenna**<br>**17D002387** | Divorce | **Orange County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Sebastian Mercado v. McKenna General Engineering**<br>**BC687027** | | **Los Angeles Superior Clourt** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Law Offices of Michelle J. Sukhov, Inc. v. McKenna General Engineering, Inc.**<br>**30-2017-00936728-CU-CO-CJ** | | **Orange County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Pacific Western Bank v. McKenna General Engineering, et. al**<br>**LC107024** | Breach of Contract | **Vany Nuys** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Developers Surety and Indemnity Co v. McKenna General Engineering et. al**<br>**RIC1808816** | | **Riverside Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

   ☐   No. Go to line 11.
   ■   Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Pacific Western Bank** | **Attachment of Stock in MCJ, 102 Howard, Irontrac and McGeneral Engineering  (Bank is holding $410,000 from sale of properties owned by MCJ and 102 Howard)** | | $0.00 |

   ☐ Property was repossessed.
   ☐ Property was foreclosed.
   ☐ Property was garnished.
   ■ Property was attached, seized or levied.

---

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your**

Debtor 1   **Tim M. McKenna**                                          Case number *(if known)*   **8:18-bk-13588-SC**

accounts or refuse to make a payment because you owed a debt?

☐ No

■ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Pacific Western Bank**<br>P.O. Box 131207<br>Carlsbad, CA 92013 | **MCJ Corporation**<br>Last 4 digits of account number: _____ | | $400,000.00 |
| **Pacific Western Bank**<br>P.O. Box 131207<br>Carlsbad, CA 92013 | **102 Howard**<br>Last 4 digits of account number: _____ | | $20,000.00 |

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No

☐ Yes

**Part 5:   List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☐ No

■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |
| Jacob McKenna | Inoperable Ford F250 Truck | 05/2018 | $2,500.00 |
| Person's relationship to you: **Son** | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | | | |

**Part 6:   List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | | |

| Debtor 1 | **Tim M. McKenna** | Case number *(if known)* | **8:18-bk-13588-SC** |
|---|---|---|---|

---

**Part 7:**    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, If Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Offices of Michael G. Spector**<br>**2677 North Main Street, Suite 910**<br>**Santa Ana, CA 92705**<br>mgspector@aol.com | **Attorney Fees** | | **$5,000.00** |

---

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Jason Caufield**<br>**3378 N. Laurel Avenue**<br>**Rialto, CA 92377**<br><br>**Prior Business Partner** | **Forgave Promissory Note in the amount of $850,000** | **Obtained Jason Caufield's interests in Irontrac and McKenna General Enginering** | 2/17 |

---

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Debtor 1 | **Tim M. McKenna** | Case number *(if known)* | **8:18-bk-13588-SC** |
|---|---|---|---|

---

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Pacific Western Bank** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 9/18 | $0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Chase<br>P.O. Box 659732<br>San Antonio, TX 78265** | | **Nothing** | ☐ No<br>■ Yes |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

Debtor 1   **Tim M. McKenna**                                    Case number *(if known)*   **8-18-bk-13588-SC**

---

**Part 10:   Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **McKenna General Engineering, Inc.**<br>**1632 Railroad Street**<br>**Corona, CA 92880** | **Engineering and contracting** | EIN:       **20-0812647**<br><br>From-To   **2006- 09/21/2018** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor 1    **Tim M. McKenna**                                                                    Case number (if known)    **8:18-bk-13588-SC**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Irontrac, Inc.**<br>**20330 Temescal Canyon**<br>**Corona, CA 92881** | **Equipment Sales sand rental** | EIN:    **47-2178127**<br><br>From-To    **2003- 09/25/2018** |
| **MCJ Corporation** | **Real Esate** | EIN:<br><br>From-To    **2013** |
| **102 Howard** | **Real Estate** | EIN:<br><br>From-To    **2015** |
| **Meridian Consulting**<br>**61 Stetson**<br>**Irvine, CA 92602** | **consulting** | EIN:<br><br>From-To    **- present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No

■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **American Business Bank**<br>**523 W. 6th Street, Ste. 900**<br>**Los Angeles, CA 90014** | **7/17** |
| **Pacific Western Bank**<br>**P.O. Box 131207**<br>**Carlsbad, CA 92013** | **7/17** |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____                              _____
**Tim M. McKenna**                                                         Signature of Debtor 2
Signature of Debtor 1

Date    **October 26, 2018**                                           Date    _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tim M. McKenna** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **8:18-bk-13588-SC** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors,
    whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list
    on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must
    sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
    write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the
   information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **American Credit Acceptance, LLC**<br><br>Description of property securing debt: **2018 Ford F150** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>   *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill
in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended.
You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name: | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor 1   **Tim M. McKenna**                                      Case number (*if known*)   **8:18-bk-13588-SC**

| | |
|---|---|
| Description of leased Property: | ☐ No |
| | ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No |
| | ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No |
| | ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No |
| | ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No |
| | ☐ Yes |

**Part 3:   Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X _____                    X _____
  **Tim M. McKenna**                                          Signature of Debtor 2
  Signature of Debtor 1

Date   **October 26, 2018**                          Date _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| Debtor 1 **Tim M. McKenna** | |
| Debtor 2 (Spouse, if filing) | ■ 1. There is no presumption of abuse |
| United States Bankruptcy Court for the: Central District of California | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| Case number **8:18-bk-13588-SC** (if known) | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| | ☐ Check if this is an amended filing |

## Official Form 122A – 1
## Chapter 7 Statement of Your Current Monthly Income     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**     Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm $ _____  Copy here -> | | $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property $ _____  Copy here -> | | $ _____ | $ _____ |

| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|---|

Debtor 1    **Tim M. McKenna**                                                                          Case number *(if known)*    **8:18-bk-13588-SC**

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ........................................ $ _____

For your spouse ........................ $ _____

| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ _____ | $ _____ |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

| | | |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| Total amounts from separate pages, if any. | + $ _____ | $ _____ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____  + $ _____  = $ _____

**Total current monthly income**

---

**Part 2:**    **Determine Whether the Means Test Applies to You**

---

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ..................................... Copy line 11 here=>    $ _____

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b. $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    [_____]

Fill in the number of people in your household.    [_____]

Fill in the median family income for your state and size of household. ..................    13. $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.    ☐    Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b.    ☐    Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

---

**Part 3:**    **Sign Below**

---

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____

**Tim M. McKenna**
Signature of Debtor 1

Date    **October 26, 2018**
         MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tim M. McKenna** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | **8:18-bk-13588-SC** |

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1    Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Go to line 3.

      ☐ Yes.  Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.  Check any one of the following categories that applies:

| | |
|---|---|
| ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty. | If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii). |
| ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case. | |
| ☐ **I am performing a homeland defense activity for at least 90 days.** | |
| ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case. | If your exclusion period ends before your case is closed, you may have to file an amended form later. |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael G. Spector**<br>**2677 North Main Street, Suite 910**<br>**Santa Ana, CA 92705**<br>**714-835-3130 Fax: 714-558-7435**<br>California State Bar Number: 145035 CA<br>mgspector@aol.com<br><br><br><br><br><br><br>☐  *Debtor(s) appearing without an attorney*<br>■  *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        **Tim M. McKenna**<br><br><br><br><br><br><br>                                        Debtor(s). | CASE NO.: **8:18-bk-13588-SC**<br>CHAPTER: **7**<br><br>---<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __58__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **October 26, 2018**  _____

        Signature of Debtor 1

Date:  _____

        Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **October 26, 2018**  _____

        Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                          **F 1007-1.MAILING.LIST.VERIFICATION**

Tim M. McKenna
61 Stetson
Irvine, CA 92602

Michael G. Spector
Law Offices of Michael G. Spector
2677 North Main Street, Suite 910
Santa Ana, CA 92705

5M Contracting, Inc.
2691 Dow Avenue, Suite C-2
Tustin, CA 92780-7230

91 Express Lanes
P.O. Box 68039
Anaheim, CA 92817

91 Express Lanes
c/o Lindenbarger Goggan Blair &
Sampson LLP
18000 Studabaker Road, Ste. 700
Cerritos, CA 90703

A&S Trucking Equipment Rental
5555 Bain Street
Mira Loma, CA 91752

ACC Business
P.O. Box 105306
Atlanta, GA 30348

Accountemps
Robert Half
P.O. Box 743295
Los Angeles, CA 90074

Ace Rental & Parts
P.O. Box 190
Ramona, CA 92065

Action Waste Oil Service, LLC
5917 Oak Avenue, #332
Temple City, CA 91780

Addison Equipment
10206 Elm Avenue
Fontana, CA 92335

ADT / Protection 1
P.O. Box 49292
Wichita, KS 67201

ADT / Protection 1
P.O. Box 219044
Kansas City, MO 64121

Advance Acceptance
First Western Bank & Trust
100 Praire Center Drive
Eden Prairie, MN 55344

Advanced Sweeping Services
14016 Santa Ana Avenue
Fontana, CA 92337

AGC of California
1906 W. Garvey Avenue S., Suite 100
West Covina, CA 91790

Agtek Development Co.
396 Earhart Way
Livermore, CA 94551


Ahern Rentals
1401 Mineral Avenue
Las Vegas, NV 89106


Ahern Rentals
c/o Mark A. Kirkorsky, P.C.
P.O. Box 25287
Tempe, AZ 85285


Air & Hose Source, Inc.
18324 Valley Blvd.
Bloomington, CA 92316


Airgas USA, LLC
P.O. Box 7423
Pasadena, CA 91109


Alfaro Equipment Repairs
400 E. Franklin Street
Lake Elsinore, CA 92530


All American Asphalt
P.O. Box 2229
Corona, CA 92878


All Cal Permit Services
P.O. Box 430
Cedar City, UT 84721

All Points Capital Corp.
P.O. Box 3071
Hicksville, NY 11802


Allegheny Casualty Co
One Newark Center, 20th Floor
Newark, NJ


Allegiance Construction, Inc.
Alta Loma, CA 91701


Allied Pest Control, Inc.
2045 California Avenue, Ste. 110
Corona, CA 92881


Ally Financial
P.O. Box 78234
Phoenix, AZ 85062-8234


American Business Bank
523 W. 6th Street, Ste. 900
Los Angeles, CA 90014


American Compaction Equipment, Inc.
21307 87th Avenue SE
Woodinville, WA 98072


American Credit Acceptance, LLC
P.O. Box 204531
Dallas, TX 75320

American Credit Acceptance, LLC
P.O. Box 4537
Carmel, IN 46082

American Intergrated
2341 N. Pacific Street
Orange, CA 92865

AMG & Associates
26470 Ruether Avenue, Ste. 108
Santa Clarita, CA 91350

AMG & Associates Inc.
28296 Constellation Road
Santa Clarita, CA 91355

Anaheim Public Utilities
P.O. Box 3069
Anaheim, CA 92803

Analysts, Inc.
P.O. Box 847921
Dallas, TX 75284

Anglin Flewilling Rasmussen
301 N. Lake Avenue, Suite 1100
Pasadena, CA 91101

Anthem Blue Cross
P.O. Box 51011
Los Angeles, CA 90051

Apple One
800 Haven Avenue, Ste. 110
Ontario, CA 91764


Apple One Employment Services
P.O. Box 29048
Glendale, CA 91209


Aragon Geotechnical, Inc.
16801 Van Buren Blvd., Bldg. B
Riverside, CA 92504


ARC
345 Clinton Street
Costa Mesa, CA 92626


ASAP Heavy Equipment Rentals
19618 S. Susana Road
Compton, CA 90221


AT&T
P.O. Box 5025
Carol Stream, IL 60197


AT&T
P.O. Box 5093
Carol Stream, IL 60197


AT&T Alarm Digital Life
P.O. Box 537104
Atlanta, GA 30353

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197


Audi Financial Services
P.O. Box 5215
Carol Stream, IL 60197


B.E. McCarty, Inc.
P.O. Box 6757
Oxnard, CA 93031


Bank of America
P.O. Box 45224
Jacksonville, FL 32232


Bank of the West
P.O. Box 7167
Pasadena, CA 91109


Barraza Welding
24410 Macific Road
Homeland, CA 92548


Barton Series, LLC
ATTN: Sitework Development
155 N. Riverview Dr., Ste. 117
Anaheim, CA 92808


Battery Systems
3051 La Palma Avenue
Anaheim, CA 92806

BC Traffic Specialist, Inc.
638 W. Southern Avenue
Orange, CA 92865


Big A Heavy Haul
8376 Macron Street
Oak Hills, CA 92344


Bill Signs Trucking, LLC
10329 Channel Road
Lakeside, CA 92040


Blake Rochette CPA
625 Amigos Drive
Redlands, CA 92373


Blue Diamond Material
5625 Southern Avenue
South Gate, CA 90280


Blueline Rental
P.O. Box 840062
Dallas, TX 75284


Bo Zhong
9300 Flair Dr
El Monte, CA 91731


BOK
16767 N. Perimeter Drive, Ste. 200
Scottsdale, AZ 85260

BOKF, NA
c/o Bank of Texas
P.O. Box 29775
Dallas, TX 75229


Borden Heavy Haul
Lock Box 4223
Rancho Cucamonga, CA 91729


Buckets 4 Rent
P.O. Box 55275
Riverside, CA 92517


Buncher Law Group
101 Pacifica, #100
Irvine, CA 92618


Byer Mathias
724 Harbor Blvd. West
West Sacramento, CA 95691


C.M.I. Transportation, Inc.
24795 State Hwy. 74
Perris, CA 92570


C5 Equipment Rentals, LLC
21921 Alessandro Blvd.
Moreno Valley, CA 92553


Cajalco Temescal Storage
20310 Temescal Canyon Road
Corona, CA 92881

Cal Lowbed Service
4750 Burr Street
Bakersfield, CA 93308


California Apprenticeship CNCL
P.O. Box 511283
Los Angeles, CA 90051


California State Disbursement
P.O. Box 989067
West Sacramento, CA 95798


California United Bank
818 West Seventh Street, Ste. 220
Los Angeles, CA 90017


California United Bank
2400 E. Katella Avenue, Ste. 200
Anaheim, CA 92806


Canyon Tire Sales, Inc.
10064 Dawson Canyon Road, #A
Corona, CA 92883


Capital One Bank
P.O. Box 60599
City of Industry, CA 91716


Capital One, N.A.
Equipment Leasing & Finance
11241 Willows Road NE, Ste. 300
Redmond, WA 98052

Carpenters Union
533 S. Fremont Avenue, 10th Fl.
Los Angeles, CA 90071


Casillas Roll Offs
819 Baghday Street
West Sacramento, CA 95798


Caterpillar Financial Group
P.O. Box 100647
Pasadena, CA 91189


Caterpillar Financial Services Corp
2120 W. End Avenue
P.O. Box 340001
Nashville, TN 37203


Catherine Kelly McKenna
1059 S. Summer Breeze Lane
Anaheim, CA 92808


Catherine Kelly McKenna
1059 S. Summer Breeze Lane
Anaheim, CA 92808


Catherine Kelly McKenna
1059 S. Summer Breeze Lane
Anaheim, CA 92808


Catherine Kelly McKenna
1059 S. Summer Breeze Lane
Anaheim, CA 92808

Catherine Kelly McKenna
1059 S. Summer Breeze Lane
Anaheim, CA 92808


Catherine Kelly McKenna
1059 S. Summer Breeze Lane
Anaheim, CA 92808


Catherine Kelly McKenna
1059 S. Summer Breeze Lane
Anaheim, CA 92808


Catherine Kelly McKenna
1059 S. Summer Breeze Lane
Anaheim, CA 92808


Catherine Kelly McKenna
1059 S. Summer Breeze Lane
Anaheim, CA 92808


Catherine Kelly McKenna
1059 S. Summer Breeze Lane
Anaheim, CA 92808


Catherine Kelly McKenna
1059 S. Summer Breeze Lane
Anaheim, CA 92808


Caufield Equipment, LLC
231 E. Alessandro Blvd., #610
Riverside, CA 92508

Caufield, Jason
3378 N. Laurel Avenue
Rialto, CA 92377


CB Delivery
41432 Patri Circle
Murrieta, CA 92562


CDS Insurance Services
2001 E. Financial Way, Ste. 200
Glendora, CA 91741


Ceasar's Off Road Service
16099 Lenel Court
Riverside, CA 92504


Cement Masons Local 500
1012 E. Cooley Drive, Ste. A
Colton, CA 92324


Channel Equipment
16331 Construction Circle East
Irvine, CA 92606


Charles Rivera
3681 ADA Court
Riverside, CA 92505


Chase

Chase
P.O. Box 15298
Wilmington, DE 19850

Chase Bank
P.O. Box 659732
San Antonio, TX 78265

Chino Grading, Inc.
12403 Central Avenue, Suite 31
Chino, CA 91710

Choice Builder
721 S. Parker, Ste. 200
Orange, CA 92868

Chuck Green & Associates, Inc.
P.O. Box 716
Lakeside, CA 92040

City of Corona
400 S. Vicentia Avenue, Ste. 125
Corona, CA 92882

City of Corona
8839 N. Cedar Avenue, #212
Fresno, CA 93720

City of Corona Water & Power
Attn: Utility Billing Division
P.O. Box 950
Corona, CA 92878

City Restore Inc.
3483 Mono Drive
Riverside, CA 92506


Coachella Valley Water District
P.O. Box 5000
Coachella, CA 92236


Coastline Commercial Sweepers
P.O. Box 2297
Montclair, CA 91763


Coastline Equipment
P.O. Box 22732
Long Beach, CA 90801


Coker, Jesse
28202 Modjeska Grade Road
Silverado, CA 92676


Collinswort, Specht, Calkins &
Giampaoli, LLP
9665 Chesapeak Drive, #305
San Diego, CA 92123


Collinsworth Construction, Inc.
P.O. Box 1286
Yucaipa, CA 92399


Commercial Trade, Inc.
c/o Sandra Kuhn McCormack, Esq.
5330 Office Center Court, Ste. C
Bakersfield, CA 93309

Commodity Trucking Acquisition, LLC
14032 Santa Ana Avenue
Fontana, CA 92337


Commodity Trucking Acquisition, LLC
c/o Johnson Law Firm APC
P.O. Box 891209
Temecula, CA 92589


Concepcion Lorenzo
7673 Hall Avenue
Corona, CA 92880


Conservation Station
20833 Santa Clara Street
Canyon Country, CA 91351


Construction Equipment Guide
470 Maryland Drive
Fort Washington, PA 19034


Construction Laborers Trust Funds
for Southern California
4401 Santa Anita Avenue, Ste. 150
El Monte, CA 91731


Construction Marketing Services
P.O. Box 892977
Temecula, CA 92589


Corepointe Insurance Co
17771 Cowan, Suite 100
Irvine, CA 92614

Coriliss, Don
29222 Rancho Viejo Road, Ste. 111
San Juan Capistrano, CA 92675

Courtney Statham
61 Stetson
Irvine, CA 92602

Courtney Statham
61 Stetson
Irvine, CA 92602

Courtney Statham
61 Stetson
Irvine, CA 92602

Courtney Statham
61 Stetson
Irvine, CA 92602

Courtney Statham
61 Stetson
Irvine, CA 92602

Courtney Statham
61 Stetson
Irvine, CA 92602

Courtney Statham
61 Stetson
Irvine, CA 92602

Courtney Statham
61 Stetson
Irvine, CA 92602


Courtney Statham
61 Stetson
Irvine, CA 92602


Courtney Statham
61 Stetson
Irvine, CA 92602


Courtney Statham
61 Stetson
Irvine, CA 92602


Courtney Statham
61 Stetson
Irvine, CA 92602


Creative Color Printing, Inc.
1605 Railroad Street
Corona, CA 92880


CT Equipment, LLC
17996 El Nido Road
Glavilan Hills, CA 92570


CTW
624 N. Main Street
Corona, CA 92880

Cutting Edge Supply
234 E. Q Street
Colton, CA 92324


D.M. Imbriaco
31097 Little Camille Way
Menifee, CA 92584


Dalton Trucking, Inc.
P.O. Box 2100
Rancho Cucamonga, CA 91729


Dateland Construction
83801 Avenue 45
Indio, CA 92201


Dave Hanzich CPA
1600 Dove Street, Ste. 111
Newport Beach, CA 92660


David Neiderhauser
28752 Mauch Street
Santa Clarita, CA 91390


Day & Night Power Sweeping
1235 Pierre Way, Suite A
El Cajon, CA 92021


DCS
P.O. Box 188
Sycamore, IL 60178

Dept. of Industrial Relations
Accounting - Collections Unit
455 Golden Gate Avenue, 10th Fl.
San Francisco, CA 94102


Design Masonary, Inc.
20703 Santa Clara Street
Canyon Country, CA 91351


Developers Surety & Indemnity Co.
17771 Cowan, Ste. 100
Irvine, CA 92614


Diamond Environmental Services
807 E. Mission Road
San Marcos, CA 92069


Diesel Emissions Direct, Inc.
5225 Canyon Crest Drive
PMB 71-421
Riverside, CA 92507


Dispatch Trucking
14032 Santa Ana Avenue
Fontana, CA 92337


Diversified Concrete Cutting
59 Coney Island Drive
Sparks, NV 89431


Diversified Demolition Company
59 Coney Island Drive
Sparks, NV 89431

DMV
P.O. Box 942894
Sacramento, CA 94294

Dodge Data & Analytics
DEPT CH 19894
Palatine, IL 60055

Doug's Filter Service, Inc.
1920 W. Mission Road
Escondido, CA 92029

Downs Energy Fuel & Lubricants
1296 Magnolia Avenue
Corona, CA 92879

Downs Equipment Rentals, Inc.
P.O. Box 80536
Bakersfield, CA 93380

DPF Medic Inc.
10645 Beach Blvd.
Stanton, CA 90680

Duna Gardens HOA
c/o Guralnick, Gilliland Knighthen
40004 Cook Street, Ste. 3
Palm Desert, CA 92211

Duna Gardens HOA
P.O. Box 80293
City of Industry, CA 91716

Eastern Municipal Water District
P.O. Box 8300
Perris, CA 92572


Eddie's Portable Machining, Inc.
1409 Virginia Avenue, Unit 1-B
Baldwin Park, CA 91706


Edick & Watt, Inc.
P.O. Box 13428
El Cajon, CA 92022


Edison
P.O. Box 600
Rosemead, CA 91771


Eight Point Trailer Corp.
14700 Slover Avenue
Fontana, CA 92337


Elsinore Valley Municipal
ATTN: Water District
P.O. Box 3000
Lake Elsinore, CA 92531


Employee Benefits Corporation
P.O. Box 2420
Omaha, NE 68103


Employment Development Dept.
Bankruptcy Group MIC-92E
P.O. Box 826880
Sacramento, CA 94280

Empower Lab, Inc.
1368 Upland Hills Drive S.
Upland, CA 91786


Enterprise Rental Car
P.O. Box 843369
Kansas City, MO 64184


EVER-PAC
P.O. Box 748168
Los Angeles, CA 90074


Extreme Hardfacing & Welding LLC
3836 Pierce Street
Riverside, CA 92503


F & B Equipment
1240 E. Ontario Avenue, Ste.102-239
Corona, CA 92881


Federal Express
P.O. Box 7221
Pasadena, CA 91109


First Bankcard
P.O. Box 2818
Omaha, NE 68103


First National Bank
P.O. Box 2818
Omaha, NE 68103

Fleco Attachments
9191 Industrial Blvd.
Leland, NC 28451


Ford Motor Credit
P.O. Box 7172
Pasadena, CA 91109


Ford Motor Credit Company
P.O. Box 552679
Detroit, MI 48255-2679


Ford Motor Credit Company
P.O. Box 6508
Mesa, AZ 85216


Franchise Tax Board
Bankruptcy Section, MS: A-340
Sacramento, CA 95812-2952


Frontier
P.O. Box 740407
Cincinnati, OH 45274


Frontier Performance Lubricants
P.O. Box 1777
Lodi, CA 95241


Gallon Erosian Control
2842 Sherwin Avenue, #E
Ventura, CA 93003

Gatorwraps, Inc.
780 S. Rochester Avenue, Ste. C
Ontario, CA 91761

Geox
1295 Distribution Way, Ste. B
Vista, CA 92081

Ghassemian Law Group
27405 Puerta Real, Ste. 250
Mission Viejo, CA 92691

GJ Gentry General Engingeering
1297 W. 9th Street
Upland, CA 91786

GPS Technologies, Inc.
26674 Evergreen Avenue
Murrieta, CA 92563

Great America Financial Services
P.O. Box 660831
Dallas, TX 75266

Green Acres Advertising Design
10 E. Vine, Ste.214
Redlands, CA 92373

Greenstone Materials, Inc.
P.O. Box 568
San Juan Capistrano, CA 92693

Gregg Drilling & Testing, Inc.
2726 Walnut Avenue
Signal Hill, CA 90755


Hammerco
2269 Hamner Avenue
Norco, CA 92860


Hanover Insurance Group
P.O. Box 580045
Charlotte, NC 28258


Harper Contracting, Inc.
P.O. Box 18549
Salt Lake City, UT 84118


Harper Equipment Rental
8141 Electric Avenue
Stanton, CA 90680


Hartford Fire Insurance Co.
1 Pointe Drive, Ste. 325
Brea, CA 92821


Heavy Equipment Rentals, LLC
13013 Temescal Canyon Road
Corona, CA 92883


Hemborg Ford
1900 Hamner Avenue
Norco, CA 92860

Hemborg Ford, Inc.
c/o Ricks & Associates
1918 S. Business Center Dr.,
Ste. 250
San Bernardino, CA 92408


Hensley Concrete
1507 Heather Lane
Riverside, CA 92504


Herigstad Equipment Rental
P.O. Box 87
Perris, CA 92572


Herk & Associates, LLC
7250 N. 16th Street, Ste. 318
Phoenix, AZ 85020


Highlift Inc.
P.O. Box 905
Lynwood, CA 90262


Hillside Heating & Air
400 Princeland Court, Suite 3
Corona, CA 92879


Hoffman Legal Corporation
27405 Puerta Real, Ste. 250
Mission Viejo, CA 92691


Horizon Tree Transplanting Inc.
563 Gem Lane
Ramona, CA 92065

HS Worldwide Parts
1447 W. OFarrel Street
San Pedro, CA 90732


Hub Spot, Inc.
P.O. Box 419842
Boston, MA 02241


Hubspot
25 1st Street
Cambridge, MA 02141


I.U.E.O. Local 12
P.O. Box 7109
Pasadena, CA 91110-9000


I.U.O.E. Local 12
ATTN: Ronald J. Sikorski, GVP & BM
150 Corson Street
Pasadena, CA 91103


IMC Professional Building Clean Up
1420 E. Edinger Avenue, Ste. 117
Santa Ana, CA 92705


Indemnity Co of CA
17771 Cowan, Suite 100
Irvine, CA 92614


Industrial Process Equipment, Inc.
1700 Industrial Avenue
Norco, CA 92860

Inland Empire Mobile Hose
25033 Graduar Court
Moreno Valley, CA 92557


Inside Plants
2045 California Avenue, #105
Corona, CA 92881


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


International Fidelity Insurance Co
1 Newark Center, 20th Floor
Newark, NJ 07102


Intravaia Rock & Sand, Inc.
5551 State Street
Montclair, CA 91763


Intuit Quickbooks
2632 Marine Way
Mountain View, CA 94043


IPFS Corporation
P.O. Box 100391
Pasadena, CA 91189


IPFS Corporation
3 Hutton Centre Drive, Ste. 630
Santa Ana, CA 92707

IPFS Corporation
c/o CDS Insurance Services
2001 E. Financial Way, Ste. 200
Glendora, CA 91741


IPFS Corporation
777 S. Figueroa Street, Ste. 300
Los Angeles, CA 90017


Iron Planet
3825 Hopyard Road
Pleasanton, CA 94588


Irontrac, Inc.
P.O. Box 6156
Corona, CA 92878


Irontrac, Inc.
20330 Temescal Canyon
Corona, CA 92881


Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881


Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881


Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881

```
Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881


Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881


Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881


Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881


Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881


Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881


Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881


Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881
```

Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881


Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881


Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881


Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881


Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881


Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881


Irontrac, Inc.
20330 Temescal Canyon Road
Corona, CA 92881


Irvine Ranch Water District
15600 Sand Canyon Avenue
Irvine, CA 92618

ISCO Machinery, Inc.
4796 West Sierra Hwy
Acton, CA 93510


Islas Tires, Inc.
12328 Carmenita Road
Whittier, CA 90605


James Clark Trucking, Inc.
31500 Grape Street, Suite 3-256
Lake Elsinore, CA 92532


Jason Caufield
3378 N. Laurel Avenue
Rialto, CA 92377


Jason Caufield
3378 N. Laurel Avenue
Rialto, CA 92377


Jason Caufield
3378 N. Laurel Avenue
Rialto, CA 92377


Jason Caufield
3378 N. Laurel Avenue
Rialto, CA 92377


Jason Caufield
3378 N. Laurel Avenue
Rialto, CA 92377

Jason Caufield
3378 N. Laurel Avenue
Rialto, CA 92377


Jason Caufield
3378 N. Laurel Avenue
Rialto, CA 92377


Jason Caufield
3378 N. Laurel Avenue
Rialto, CA 92377


Jason Caufield
3378 N. Laurel Avenue
Rialto, CA 92377


Jason Caufield
3378 N. Laurel Avenue
Rialto, CA 92377


JCE Equipment, Inc.
2064 Rita Court
Upland, CA 91784


John Deere
Worldwide Construction & Forestry
1515 5th Avenue
Moline, IL 61265


Johnson Machinery Co.
800 E. La Cadena Drive
P.O. Box 351
Riverside, CA 92502

Johnson Machinery Co.
P.O. Box 748168
Los Angeles, CA 90074


JT Enterprise
2901 White Avenue
La Verne, CA 91750


Justin R. Jones
23401 Red Robin Way
Lake Forest, CA 92630


K & B Water Truck Service
12306 Palm Avenue
Bakersfield, CA 93312


K & B Water Truck Service
c/o Brumfield & Hagan LLP
2031 F Street
Bakersfield, CA 93301


K. Hovnanian Companies of CA, Inc.
2525 Campus Drive
Irvine, CA 92612


Kennedy Equipment Rental
2828 Cochran Street, #169
Simi Valley, CA 93065


Kitsap Tractor & Equipment
9145 Silverdale
Silverdale, WA 98383

Klein Products, Inc.
P.O. Box 3700
Ontario, CA 91761


KME Systems, Inc.
21064 Bake Parkway, Suite 200
Lake Forest, CA 92630


KME Systems, Inc.
c/o Great America Financial Svcs
625 First Street SE
Cedar Rapids, IA 52401


KME Systems, Inc.
c/o Great America Financial Svcs
P.O. Box 609
Cedar Rapids, IA 52406


Kyle Lawless
c/o BRUMFIELD & HAGAN, LLP
2031 F Street
Bakersfield, CA 93301


KYOCERA
14101 Alton Parkway
Irvine, CA 92618


LA Lube, Inc.
213 Live Oak Avenue
Irwindale, CA 91706


Labors Union
Local 1184
1128 E. La Cadena
Riverside, CA 92507

Lalonde Equipment Rental
2508 N. Palm Drive, Ste. 200
Signal Hill, CA 90755


Larry's Trucking, LLC
532 W. Philadelphia Street
Ontario, CA 91762


Law Office of Jenna Lorenz
611 Civic Center Drive W., Ste. 201
Santa Ana, CA 92701


Law Office of Michelle J. Sukhov,
33 Elias
P.O. Box 188
Tecopa, CA 92389


Lawson Products, Inc.
P.O. Box 809401
Chicago, IL 60680


Layfield Environmental System
2500 Sweetwater Springs Blvd., #110
Spring Valley, CA 91978


Layfield USA Corp.
c/o Asset Collections Inc.
10505 SW Barbur Blvd., #301
Portland, OR 97219


Leon Electric
2125 Wilson Avenue
Perris, CA 92571

Leviathan Corporation
55 Washington Street, Office #457
Brooklyn, NY 11201


Lindenbarger, Goggan, Blair & Samps
18000 Studebaker Road, Suite 700
Cerritos, CA 90703


Litka, Rochette & Company CPA
P.O. Box 10475
San Bernardino, CA 92423


Lou Water Trucks
c/o Lou Misterly
1855 Chesapeake Way
Corona, CA 92880


Lovco Construction, Inc.
1300 Burnett Street
Signal Hill, CA 90755


Lucero, Misael
111 N. Victoria Avenue
Corona, CA 92879


Luis Robledo
27546 Echo Canyon Court
Corona, CA 92883


Machinery Access
P.O. Box 800
Johnston, IA 50131

Machinery Trader
P.O. Box 85673
Lincoln, NE 68501


Manganal Sales Co.
1240 South Lincoln Street
Colton, CA 92324


Marborg Industries
P.O. Box 4127
Santa Barbara, CA 93140


Marco Rentals, Inc.
1501 N. Susan Street
Santa Ana, CA 92703


Marco Transport
1501 N. Susan Street
Santa Ana, CA 92703


Marina Landscape, Inc.
3707 W. Garden Grove Blvd.
Orange, CA 92868


Mark's Tire Service
P.O. Box 2854
Paso Robles, CA 93447


Master Pac
5585 Birch Street
Lake Elsinore, CA 92530

McCarty & Sons Towing
1608 E. Fifth Street
P.O. Box 6757
Oxnard, CA 93031


McFadden-Dale Industrial Hardware
129 N. Maple Street, Unit C
Corona, CA 92880


McKenna General Engineering, Inc.
1632 Railroad Street
Corona, CA 92880


McKenna General Engineering, Inc.
1632 Railroad Street
Corona, CA 92880


McKenna General Engineering, Inc.
1632 Railroad Street
Corona, CA 92880


McKenna Ironman Rentals
1059 Summer Breeze Lane
Anaheim, CA 92808


McLaughlin Engineering & Mining, Inc
27636 Ynez Road, #L7-222
Temecula, CA 92591


McMinn Equipment Rental &
Leasing, Inc.
21801 Barton Road, Unit B
Grand Terrace, CA 92313

Meerkat, Inc.
434 S. Yucca Avenue
Rialto, CA 92376


Mike Boranian
13138 Sugarloaf Drive
Eastvale, CA 92880


Mike Roche, Inc.
8445 S. Atlantic Avenue
Cudahy, CA 90201


Mike's Welding Enterprises, Inc.
P.O. Box 70
Rancho Cucamonga, CA 91729


Mikes Welding
14138 Slover Avenue
Fontana, CA 92337


Miller Blades, Inc.
10700 Jersey Blvd., Suite 220
Rancho Cucamonga, CA 91730


Miller Equipment Company, Inc.
P.O. Box 2956
Lancaster, CA 93539


Mobile Mechanics
21100 State Street, #201
San Jacinto, CA 92583

Mobile Mini
P.O. Box 7144
Pasadena, CA 91109


Monteleone & McCrory, LLP
725 S. Figueroa Street, #3200
Los Angeles, CA 90017


Myers & Sons Construction
4600 Northgate Blvd., Ste. 100
Sacramento, CA 95834


National Business Furniture, LLC
770 S. 70th Street
Milwaukee, WI 53214


Nationstar
P.O. Box 612488
Dallas, TX 75261


Nationstar
c/o Mr. Cooper
P.O. Box 619096
Dallas, TX 75261


Nationstar/Mr. Cooper
c/o McCarthy Holthus LLP
1770 Fourth Avenue
San Diego, CA 92101


Newman Backhoe Service, Inc.
7381 Walnut Avenue
Buena Park, CA 90620

Noreast Capital Corporation
428 Fourth Street, Suite 1
Annapolis, MD 21403


Noreast Capital Corporation
P.O. Box 4128
Annapolis, MD 21403


North County Sand & Gravel
26227 Sherman Road
Sun City, CA 92585


Northpoint Commercial Finance
P.O. Box 731751
Dallas, TX 75373


Northpoint Commercial Finance LLC
600 Northwinds
11675 Rainwater Drve, Ste. 450
Alpharetta, GA 30009


Northpointe Financial
11675 Rainwater Drive, Ste. 450
Alpharetta, GA 30009


Northwest Excavating, Inc.
18201 Napa Street
Northridge, CA 91325


Nuttal,  Steve
692 Camino Campana
Santa Barbara, CA 93111

O'Connor Contruction Mgmt Inc.
2150 Washington Street, Ste. 203
San Diego, CA 92110


Oltmans Construction Company
P.O. Box 985
Whittier, CA 90608


Oltmans Construction Company
c/o RMKB
445 S. Figueroa Street, Ste. 3000
Los Angeles, CA 90071


Olympic Creations
4362 E. La Palma Avenue
Anaheim, CA 92807


OnTrac
Department #841664
Los Angeles, CA 90084


OnTrac
c/o Accelerated Recovery Svcs, Inc.
P.O. Box 2368
Redwood City, CA 94064


OnTrac
P.O. Box 841664
Los Angeles, CA 90084


Operating Engineers Local 12
150 Corson Street
Pasadena, CA 91103

Operating Engineers Trust Fund
3440 Flair Drive
El Monte, CA 91731


Orange Coast Petroleum Equipment
1015 North Parker Avenue
Orange, CA 92867


P.W. Gillibrand, Inc.
4537 Ish Drive
Simi Valley, CA 93063


P.W. Gillibrand, Inc.
c/o Hathaway, Perrett, Webster,
Powers, Chrisman & Gutierrez
P.O. Box 3577
Ventura, CA 93006


P.W. Gillibrand, Inc.
c/o Hathaway, Perrett, Webster,
Powers, Chrisman & Gutierrez
5450 Telegraph Road
Ventura, CA 93006


Paccar Financial
1700 Woodbrook Street
Denton, TX 76205


Paccar Financial Corp
c/o Raymond A. Policar, Esq.
Law Office of Raymond A. Policar
P.O. Box 74093
Davis, CA 95617


Pacific Coatings
c/o Francis Bart Panton
15560 Jacara Lane
Moreno Valley, CA 92551

Pacific State Transportation
P.O. Box 1098
Murrieta, CA 92564


Pacific Tractor West
P.O. Box 4775
Covina, CA 91723


Pacific Tractor West, Inc.
P.O. Box 895
Murrieta, CA 92564


Pacific Western Bank
c/o Mirman Bubman Nahmias LLP
21860 Burbank Blvd., Ste. 360
Woodland Hills, CA 91367


Pacific Western Bank
P.O. Box 131207
Carlsbad, CA 92013


Pacific Western Bank
50 W. Hillcrest Drive
Thousand Oaks, CA 91360


Paladin Attachments
820 Glaser Parkway
Akron, OH 44306


Papich Construction Co., Inc.
800 Farroll Road
Grover Beach, CA 93433

Parkhouse Tire, Inc.
P.O. Box 2430
Bell Gardens, CA 90202


Parkview Business Centre Assoc.
P.O. Box 1117
Corona, CA 92878


Partsmaster
P.O. Box 971342
Dallas, TX 75397


Patino, Juan Patino


Patterson Law Firm APC
1800 E. Imperial Highway, Ste. 110
Brea, CA 92821


Paul Clark
13490 Quail Run Road
Eastvale, CA 92880


Pavement Recycling System
10240 San Sevaine Way
Mira Loma, CA 91752


PDQ Rental Center
10826 Shoemaker
Santa Fe Springs, CA 90670

Penhall Company
Dept. 842911
Los Angeles, CA 90084

People Ready
P.O. Box 31001-0257
Pasadena, CA 91110

People Ready
c/o Law Offices of Alan L. Brodkin
& Associates
15500 B Rockfield Blvd.
Irvine, CA 92618-7000

Pep Boys
P.O. Box 8500-50445
Philadelphia, PA 19178

Pep Boys
ATTN: Accounts Receivables
3111 W. Allegheny Avenue
Philadelphia, PA 19132

Perez, Theresee
P.O. Box 444
Silverado, CA 92676

Pete's Road Service Inc.
2230 E. Orangethorpe Avenue
Fullerton, CA 92831

Pirtek
3299 Walnut Avenue
Signal Hill, CA 90755

PNC Bank
P.O. Box 1820
Dayton, OH 45401


PNC Mortgage
11 Penn Plaza
New York, NY 10001


Point of Rental Systems, Inc.
1901 N. State Highway 360, Ste.340
Grand Prairie, TX 75050


Power Plus
1210 N. Red Gum Street
Anaheim, CA 92806


Powerscreen of N. California
1205 Business Park Drive
Dixon, CA 95620


Precise Service Company
26100 Newport Road, Suite 12-1
Menifee, CA 92584


Prime Glass
9668 Milliken Avenue, Ste. 104-291
Rancho Cucamonga, CA 91730


Print Signs Wraps
1560 Commerce Street, Unit F
Corona, CA 92880

Pro Welding
215 N. Street Crispen
Brea, CA 92821

Pro-Craft Construction, Inc.
31597 Outer Hwy. 10, Ste. B
Redlands, CA 92373

Prosource Equipment
29122 Blue Moon Drive
Menifee, CA 92584

Protection One
P.O. Box 219044
Kansas City, MO 64121

Proven Parts
6550 Box Springs Blvd.
Riverside, CA 92507

Quality Permits LLC
24716 Redlands Blvd.
Loma Linda, CA 92354

Quickbooks Payroll Services
2632 Marine Way
Mountain View, CA 94043

Quinn Rental Services
ATTN: Department 9665
P.O. Box 849665
Los Angeles, CA 90084

R.S. Crow Equipment
21300 River Road
Perris, CA 92570


Rain for Rent
File 52541
Los Angeles, CA 90074


Ramco
3713 Alamo Street, Suite 201
Simi Valley, CA 93063


Rancho Ready Mix Products, LP
28251 Lake Street
Lake Elsinore, CA 92530


Randall-Reilly Equipment Co.
P.O. Box 2029
Tuscaloosa, AL 35406


RC Berger Construction
c/o RC Grading
P.O. Box 78371
Corona, CA 92877


RDO Equipment Co.
10108 Riverford Road
Lakeside, CA 92040


RDO Equipment Co.
P.O. Box 7160
Fargo, ND 58106

Rental Yard
P.O. Box 85673
Lincoln, NE 68501


Rentrac, Inc.
10490 Dawson Canyon Road
Corona, CA 92883


Republic Services
12949 Telegraph Road
Santa Fe Springs, CA 90670


Richie Brothers
765 W. Rider Street
Perris, CA 92571


Riverside County Treasurer
P.O. Box 12005
Riverside, CA 92502


RJ Lalonde Equipment Rental
2508 N. Palm Drive, #200
Signal Hill, CA 90755


RMR Water Trucks
32016 N. Castaic Rd.
Castaic, CA 91384


Road Builders, Inc.
6710 L Street
Lincoln, NE 68510

Road Machinery LLC
File #749357
Los Angeles, CA 90074


Road Machinery LLC
475 W. Rider Street
Perris, CA 92571


Road Machinery, LLC
4710 E. Elwood, Suite 6
Phoenix, AZ 85040


Road Ready Registration
9561 Pittsburgh Avenue
Rancho Cucamonga, CA 91730


Robert Half Finance & Accounting
P.O. Box 743295
Los Angeles, CA 90074


Robert Half International Inc.
c/o Natalia A. Minassian, Esq.
18757 Burbank Blvd., Ste. 100
Norwalk, CA 90650


Robert Half International Inc.
c/o Law Offices of Brian J. Ferber
5611 Fallbrook Avenue
Woodland Hills, CA 91367


Rodriguez Sweeping Service
P.O. Box 8521
Anaheim, CA 92812

Rosalia Encinas
3460 Mapleleaf Drive
Riverside, CA 92503

Rubalcava Trucking, Inc.
P.O. Box 726
Chino, CA 91708

Salesforce.com Inc.
P.O. Box 203141
Dallas, TX 75320

Sam Hill & Sons
P.O. Box 5870
Ventura, CA 93005

San Marino Roof Co. Inc.
2187 N. Batavia St.
Orange, CA 92865

Sandhills Cloud
P.O. Box 85670
Lincoln, NE 68501

Santa Barbara Concrete Cutting
P.O. Box 60527
Santa Barbara, CA 93160

Santa Margarita Water District
26111 Antonio Parkway
Rancho Santa Margarita, CA 92688

Santa Margarita Water District
c/o Best Best & Krieger LLP
655 W. Broadway, 15th Fl.
San Diego, CA 92101


Sany America, Inc.
318 Cooper Circle
Peachtree City, GA 30269


Sany Capital
318 Cooper Circle
Peachtree City, GA 30269


Sawyer Petroleum
1543 W. 16th Street
Long Beach, CA 90813


SC Fuels
P.O. Box 14014
Orange, CA 92863


Schools First FCU
P.O. Box 11547
Santa Ana, CA 92711


Schools First FCU
P.O. Box 11908
Santa Ana, CA 92711


Scott Johnson
1869 Magnolia Court
Oceanside, CA 92054

Sears
c/o DCS
P.O. Box 447
Sycamore, IL 60178


Select Portfolio
P.O. Box 65250
Salt Lake City, UT 84165


Sitech Pacific LLC
P.O. Box 351
Riverside, CA 92502


Sitework Development Co., LLC
1059 Summer Breeze Lane
Anaheim, CA 92808


Smitty's Towing
5755 Thornwood Drive
Goleta, CA 93117


Snap-On
20310 Temescal Canyon Road
Corona, CA 92881


Soren McAdam Christenson
2068 Orange Tree Lane, #100
Redlands, CA 92374


Soren McAdam Christenson LLP
P.O. Box 8010
Redlands, CA 92375

Southern California Edison
P.O. Box 600
Rosemead, CA 91771


Southern California Edison
P.O. Box 300
Rosemead, CA 91772


Southern Counties Lubricants
P.O. Box 5765
Orange, CA 92863


Sparkletts Water
P.O. Box 660579
Dallas, TX 75266


Staples
P.O. Box 414524
Boston, MA 02241


Staples Business Credit
P.O. Box 105638
Atlanta, GA 30348


State Board of Equalization


Statham, Courtney Anne
61 Stetson
Irvine, CA 92602

Stearns Bank
P.O. Box 750
Albany, MN 56307


Steel Unlimited, Inc.
452 W. Valley Blvd.
Rialto, CA 92376


Strickland Mfg. LLC
1070 Merchants Lane
Oilville, VA 23129


Suket
2400 W. Baseline Road
San Bernardino, CA 92410


Summit Estates HOA
P.O. Box 80017
City of Industry, CA 91716


Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384


Swifty Sign
9819 Foothill Blvd., #E
Rancho Cucamonga, CA 91730


TD Auto Finance
P.O. Box 16035
Lewiston, ME 04243

Temeda
2244 95th Street
Naperville, IL 60564


Terrazas III, Joseph Robert
202 S. Lake Avenue, Ste. 290
Pasadena, CA 91101


Textura Systems


TGI
10551 Humbolt Street
Los Alamitos, CA 90720


The Toll Roads
P.O. Box 57011
Irvine, CA 92619


Thompson Construction Supply
1169 Sherborn Street
Corona, CA 92877


TNT USA, LLC
Dept. 781108
Detroit, MI 48278


Toll Roads
ATTN: Violation Dept.
P.O. Box 57011
Irvine, CA 92619

Toolshed Equipment Rental
156 W. Mission Avenue
Escondido, CA 92025


Travelers Insurance Company
CL Remittance Center
P.O. Box 660317
Dallas, TX 75266


Travelers TravPay


Tri-County Transportation, Inc.
555 Sandy Circle
Oxnard, CA 93036


Tri-Form Co.
4368 E. La Palma Avenue
Anaheim, CA 92807


Triumph Geo-Synthetics, Inc.
1235 N. Grove Street
Anaheim, CA 92806


TWP Inc.
4675 Wade Ave.
Perris, CA 92571


UB Equipment
4701-B Little John Street
Baldwin Park, CA 91706

United Healthcare
1350 Treat Blvd., #470
Walnut Creek, CA 94597


United Healthcare
c/o Allied Interstate
2290 Agate Court, Unit A1
Simi Valley, CA 93065


United Rentals
c/o McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146


United Rentals, Inc.
File 51122
Los Angeles, CA 90074


United Screening & Crushing
3380 La Sierra Avenue
Los Angeles, CA 90074


United Site Services of CA
P.O. Box 53267
Phoenix, AZ 85072


United States Treasury


United Virtual Office
155 N. Riverview Drive
Anaheim, CA 92808

Venco Power Sweeping, Inc.
2400 Eastman Avenue
Oxnard, CA 93030


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266


Verizon Wireless
c/o McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146


Vistage
4840 Eastgate Mall
San Diego, CA 92121


Vulcan Materials Company
16013 E. Foothill Blvd.
Irwindale, CA 91702


Walker's Air Brakes
921 E. Francis Street
Ontario, CA 91761


Waste Management El Cajon
P.O. Box 541065
Los Angeles, CA 90054


Waste Management Inland Empire
P.O. Box 541065
Los Angeles, CA 90054

Waste Management LA Metro
P.O. Box 541065
Los Angeles, CA 90054


Waste Management North OC
P.O. Box 43530
Phoenix, AZ 85080


Waste Management of Sun Valley
13940 E. Live Oak Avenue
Baldwin Park, CA 91706


Waste Management Orange County
P.O. Box 78251
Phoenix, AZ 85062


We-Do Equipment Repair & Supplies
1932 Elise Circle
Corona, CA 92879


Wells Fargo Dealer Services
P.O. Box 17900
Denver, CO 80217


Wells Fargo Equipment Finance
P.O. Box 1450
Minneapolis, MN 55485


Wells Fargo Equipment Finance
733 Marquette Avenue, #700
MAC N9306-070
Minneapolis, MN 55402

Wells Fargo Equipment Finance
2700 S. Price Road, 3rd Floor
Chandler, AZ 85286


Wells Fargo Equipment Finance, Inc.
600 S. 4th Street
MAC N9300-100
Minneapolis, MN 55415


West Coast Sand & Gravel
P.O. Box 5067
Buena Park, CA 90622


Western Surety Co.
1455 Frazee Road, Ste. 300
San Diego, CA 92108


Wheeler, Jason
25671 LE Parc, Apt. 1
Lake Forest, CA 92630


White Cap Construction Supply
P.O. Box 6040
Cypress, CA 90630


White, Zuckerman, Warsavsky, Luna
& Hunt LLP
15490 Ventura Blvd., Ste. 300
Sherman Oaks, CA 91403


White, Zuckerman, Warsavsky, Luna
& Hunt LLP
4 Park Plaza, Suite 200
Irvine, CA 92614

Windrow Earth Transport
14032 Santa Ana Avenue
Fontana, CA 92337


WMB & Associates
22421 Barton Road, #125
Grand Terrace, CA 92313


Xylem Dewatering Solutions
P.O. Box 935152
Atlanta, GA 31193


Xylem Dewatering Solutions
84 Floodgate Road
Bridgeport, NJ 08014