**WEILAND GOLDEN GOODRICH LLP**
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone   714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for Chapter 7 Trustee
Jeffrey I. Golden

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re | Case No. 8:18-bk-13588-SC |
|---|---|
| TIM M. McKENNA, | Chapter 7 |
| Debtor. | **APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL (WEILAND GOLDEN GOODRICH LLP) PURSUANT TO 11 U.S.C §§ 327 AND 330; DECLARATION OF JEFFREY I. GOLDEN; STATEMENT OF DISINTERESTEDNESS OF RYAN W. BEALL** |
| | [No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR AND DEBTOR'S COUNSEL OF RECORD, IF ANY; AND ALL PARTIES ENTITLED TO NOTICE:**

Jeffrey I. Golden, the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of debtor Tim M. McKenna (the "Debtor"), files this *Application of the Chapter 7 Trustee to Employ Counsel (Weiland Golden Goodrich LLP) Pursuant to 11 U.S.C. §§ 327 and 330* (the "Application"). In support of the Application, the Trustee submits his attached declaration (the "Golden Declaration") and the Statement of Disinterestedness of Ryan W. Beall (the "Beall Statement").

**WEILAND Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1  **I.**     **STATEMENT OF FACTS**

2       The Debtor filed a voluntary petition under chapter 7 of the Bankruptcy Code on

3 September 27, 2018 (the "Petition Date") in the United States Bankruptcy Court, Central

4 District of California, Case No. 8:18-bk-13588-SC. *See* Docket No. 1.[1]  On the same day,

5 the Trustee was appointed chapter 7 trustee.  *See* Docket No. 2.  Debtor filed his

6 schedules of assets and liabilities on October 26, 2018. *See* Docket No. 21.

7       The Debtor scheduled his interest in the real property located at 1059 S. Summer

8 Breeze Lane, Anaheim, California (the "Real Property"), and $1,640,520 in liens against

9 the Real Property.  *Id.*  The Trustee's proposed real estate broker has valued the Real

10 Property at $1,600,000.  One of the creditors with a lien on the property is additionally

11 holding $390,000.00 in escrow that may be used to offset its lien against the property.

12 Based on such information, the Trustee believes there is potentially equity in the Real

13 Property.  *See* Golden Declaration.

14       Additionally, there are several transactions that potentially could be the subject of

15 avoidance actions by the Trustee. Furthermore, the Trustee is investigating the Debtor's

16 potential interest in a trust in which he is the beneficiary.

17

18  **II.**     **THE PROPOSED EMPLOYMENT**

19       **A.**     **The Purpose of the Proposed Employment**

20       The Trustee seeks to employ Weiland Golden Goodrich LLP (the "Firm") as his

21 counsel pursuant to 11 U.S.C. §§ 327 and 330, effective October 31, 2018, to:

22       1.     analyze the Debtor's assets and liabilities, including the Real Property

23 and encumbrances against the Real Property;

24       2.     assist with the retention of a real estate broker to sell the Real

25 Property if it is found to have equity;

26

27 ─────────────────

28     [1] The Trustee requests the Court take judicial notice of its docket, the date of filing of pleadings on its docket and admissions of the Debtor in his schedules and related documents.

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

3.     assist the Trustee in selling the Real Property for the benefit of the Estate, including the avoidance or reduction of liens, preparing the necessary pleadings for the Court to approve the terms of any such sale, participating in any hearings before this Court regarding the sale, including any auction that may occur, and, should the Court approve the sale, taking actions necessary to close the sale;

4.     analyze any problematic claims and, if warranted, prepare objections;

5.     assist, if necessary, with the representation of the Estate's interest in relation to any claim submitted by Estate professionals;

6.     assist if necessary, with potential avoidance actions; and

7.     provide general advice regarding the Bankruptcy Code and local bankruptcy rules.

In addition, the Firm usually performs certain general tasks as counsel to trustees. In this case, to the extent legal issues are involved, the Firm may perform some or all of the following general tasks:

8.     advise the Trustee concerning the rights and remedies of the Estate and of the Trustee in regard to the secured, priority, and general unsecured claims of creditors;

9.     represent the Trustee in any proceeding or hearing, including, without limitation, objections to claims, in the Bankruptcy Court and in any action where the rights of the Estate or the Trustee may be litigated or affected;

10.     assist the Trustee in the settlement of any debts owed to the Debtor;

11.     assist the Trustee in the disposition of any other assets of the Estate; and

12.     conduct examinations of witnesses, claimants, or adverse parties and prepare and assist in the preparation of reports, accounts, applications and orders.

The slight delay in seeking approval of the Firm's employment is due to the circumstances of the case. The Firm customarily prepares and submits its employment application within 30 days of being contacted by a trustee. In this case, however, the Firm

1195296.1                                    3                          EMPLOYMENT APPLICATION

1 first researched the potential equity Debtor has in the Property as well as other potential
2 causes of action and conferred with the Trustee regarding strategy for recovering
3 potentially avoidable transfers. *See* Golden Declaration.

4 **B.    The Firm's Qualifications**

5      The Firm's attorneys specialize in insolvency, reorganization, and bankruptcy law
6 and are well qualified to represent the Trustee in this case.  All attorneys comprising or
7 associated with the Firm who will render services for the Trustee are duly admitted to
8 practice in the courts of the State of California and in the United States District Court for
9 the Central District of California.  The Firm's resume is attached as Exhibit "1" to the Beall
10 Statement.

11 **C.    Terms of the Proposed Employment**

12      The terms of employment of the Firm agreed to by the Trustee, subject to approval
13 of the Court, are as follows:

14      1.    Hourly Rates and Expenses.  The Firm will represent the Trustee at
15 its customary hourly rates which currently range from $250 to $750 per hour,
16 depending on the experience and expertise of the attorney or paralegal performing
17 the work.  The majority of the work will be performed by Reem J. Bello and Ryan
18 W. Beall at their respective current hourly rates of $600 and $450.  However, the
19 Firm reserves the right to have other attorneys or paralegals of the Firm perform
20 work in this case, as the Firm deems appropriate.  The Firm's hourly rates are
21 subject to periodic adjustment.  If any adjustment is made while the Firm is
22 performing work in this case, the new hourly rates will be effective for this case.  In
23 addition, the Firm will be reimbursed its actual, out-of-pocket expenses.

24      2.    Requirement to File Fee Applications.  The Firm will apply to the
25 Court for approval of compensation in accordance with the provisions of 11 U.S.C.
26 §§ 330 and 331 and agrees to accept as compensation such sums as the Court
27 may allow.

28

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  **III.    DISCLOSURES**

2      Jeffrey I. Golden, a partner in the Firm, is a member of the panel of chapter 7

3  trustees for the Central District of California and is the duly appointed trustee in this case.

4  The Firm occasionally represents Mr. Golden in his capacity as bankruptcy trustee in

5  other unrelated cases.

6

7  **IV.    MEMORANDUM OF POINTS AND AUTHORITIES**

8      Pursuant to 11 U.S.C. § 327(a), a trustee may employ attorneys and other

9  professional persons who do not hold or represent an interest adverse to the estate, and

10  who are disinterested persons, to represent or assist the trustee in carrying out the

11  trustee's duties.  The Trustee is a member of the law firm he is seeking to employ.  As a

12  matter of policy, the Trustee usually refrains from employing his own firm.  However, due

13  to the circumstances of this particular case, "cause," as outlined in *In re Butler Industries,*

14  *Inc.*, 101 B.R. 194 (Bankr. C.D. Cal. 1989), *aff'd* 114 B.R. 694 (C.D. Cal. 1990), exists for

15  the Trustee to retain the services of the firm with which he is professionally affiliated since

16  the proximity of the Trustee to his counsel will reduce administrative fees and increase

17  efficiency of the Firm's representation.  *See* Golden Declaration.

18      Except as provided in Section III above, to the best of the Trustee's knowledge,

19  and based upon the Beall Statement attached hereto, the Firm:

20          a.    has no connection with the Debtor, his principals, insiders, creditors,

21                the Trustee, any other party or parties in interest, their respective

22                attorneys and accountants, or any person employed in the Office of

23                the United States Trustee;

24          b.    is not a pre-petition creditor, an equity security holder or an insider of

25                the Debtor;

26          c.    is not and was not an investment banker for any outstanding security

27                of the Debtor;

28

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1195296.1

EMPLOYMENT APPLICATION

d.  has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor;

e.  is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor;

f.  does not represent an individual or entity which holds an interest adverse to the Estate;

g.  is not related, through its partners or employees, to the bankruptcy judge assigned to this case;

h.  is disinterested within the meaning of 11 U.S.C. §§ 327(a) and 101(14); and

i.  will not receive a retainer in this case.

The Trustee is a partner of the Firm, and as such he shares in whatever compensation is received by the Firm.  The Firm also shares in whatever compensation is received by the Trustee.  The Firm has no other fee sharing arrangement, understanding, or compensation sharing arrangement with any other entity, and no part of the fees or expenses awarded to the Firm will be paid to any other entity.

///
///
///
///
///
///
///
///
///

1195296.1

6

EMPLOYMENT APPLICATION

V.   **CONCLUSION**

The Firm's employment is in the best interest of the Trustee and the Estate.

**WHEREFORE**, the Trustee prays that the Court enter an order approving the Application and authorizing the Trustee to employ the Firm as his counsel, effective October 31, 2018, on the terms and conditions set forth herein and with compensation to be determined and paid at the expense of the Estate upon noticed hearing and further order of the Court, pursuant to 11 U.S.C. §§ 330 or 331.

Respectfully submitted,

Dated:  December 3, 2018          WEILAND GOLDEN GOODRICH LLP

By:  /s/ Ryan W. Beall
     RYAN W. BEALL
     Proposed Attorneys for Chapter 7
     Trustee David M. Goodrich

Dated: December 3, 2018

JEFFREY I. GOLDEN
Chapter 7 Trustee

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

## DECLARATION OF JEFFREY I. GOLDEN[2]

I, Jeffrey I. Golden, declare:

1.      I am a panel trustee, the duly appointed chapter 7 trustee for the bankruptcy estate of Tim M. McKenna, and a partner of Weiland Golden Goodrich LLP.  I know each of the following facts to be true of my own personal knowledge or information and belief and, if called as a witness, I could and would competently testify with respect thereto.  I am submitting this Declaration in support of the *Application of the Chapter 7 Trustee to Employ Counsel (Weiland Golden Goodrich LLP) Pursuant to 11 U.S.C. §§ 327 and 330.*

2.      I am a member of the law firm I am seeking to employ.  The Firm occasionally represents me in my capacity as bankruptcy trustee in other unrelated cases. It is not my practice to employ my own firm, however, the circumstances of this case warrant the Firm's employment.  "Cause," as outlined in *In re Butler Industries, Inc.*, exists in this case for me to retain the services of the firm with which I am professionally affiliated since my proximity to the Firm will reduce administrative fees and increase efficiency of the representation.

3.      The slight delay in seeking approval of the Firm's employment is due to the circumstances of the case. The Firm customarily prepares and submits its employment application within 30 days of being contacted by a trustee. In this case, however, the Firm first researched the potential equity Debtor has in the Property as well as other potential causes of action and conferred with the Trustee regarding strategy for recovering potentially avoidable transfers.

4.      In this case, I am a partner of the Firm, and as such I share in whatever compensation is received by the Firm.  The Firm also shares in whatever compensation I receive.

---

[2] All capitalized terms have the same meaning or definition as the capitalized terms in the Application.

**WEILAND Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

5.    Based on my proposed real estate broker's valuation, and my understanding of the funds held in escrow, I believe there is equity in the Real Property.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of December, 2018, at Costa Mesa, California.

Jeffrey J. Golden

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

*EMPLOYMENT APPLICATION*

| | |
|---|---|
| Attorney or Party Name, Address & FAX Numbers, and California State Bar Number<br>Reem J. Bello, State Bar No. 198840; rbello@wgllp.com<br>Ryan W. Beall, State Bar No. 313774; rbeall@wgllp.com<br>**WEILAND GOLDEN GOODRICH LLP**<br>650 Town Center Drive, Suite 600<br>Costa Mesa, CA 92626<br>Telephone No.:  (714) 966-1000; Facsimile No.:  (714) 966-1002<br><br>*Proposed Attorneys for Chapter 7 Trustee Jeffrey I. Golden* | FOR COURT USE ONLY |

<table>
<tr><td colspan="2" align="center"><b>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</b></td></tr>
<tr><td>In re:<br><br>TIM M. McKENNA,<br><br><br> Debtor. </td><td>CHAPTER 7<br><br>CASE NUMBER 8:18-bk-13588-SC<br><br> (No Hearing Required) </td></tr>
</table>

## STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
## OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014
### *(File with Application for Employment)*[1]

1.    Name, address and telephone number of the professional (the "Firm") submitting this Statement:

Weiland Golden Goodrich LLP
Ryan W. Beall, Esq.
650 Town Center Drive, Suite 600, Costa Mesa, CA 92626
(714) 966-1000

2.    The services to be rendered by the Firm in this case are *(specify):*

The Firm will: (a) analyze the Debtor's assets and liabilities, including the Real Property and encumbrances against the Real Property; (b) assist with the retention of a real estate broker to sell the Real Property; (c) assist the Trustee in selling the Real Property for the benefit of the Estate, including the avoidance or reduction of liens, preparing the necessary pleadings for the Court to approve the terms of any such sale, participating in any hearings before this Court regarding the sale, including any auction that may occur, and, should the Court approve the sale, taking actions necessary to close the sale; (d) analyze any problematic claims and, if warranted, prepare objections; (e) assist, if necessary, with the representation of the Estate's interest in relation to any claim submitted by Estate professionals; (f) assist, if necessary, with potential avoidance actions; (g) provide general advice regarding the Bankruptcy Code and local bankruptcy rules; and (h) perform other general tasks as may be required by the Trustee.

3.    The terms and source of proposed compensation and reimbursement of the Firm are *(specify):*

The Firm will be compensated from funds in the estate on an hourly engagement at the Firm's customary hourly rates which currently range between $250 and $750, subject to Court approval of all fees and costs.  The Firm's hourly rates are subject to periodic adjustment.  If any adjustment is made while the Firm is performing work in this case, the new hourly rates will be effective for this case.  In addition, the Firm will be reimbursed its actual, out-of-pocket expenses.

4.    The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Firm are *(specify):*

None.

---

[1] Any term not specifically defined herein shall have the meaning provided in the accompanying Application.

*Rev. 5/98*  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 2014-1**

10

Statement of Disinterestedness for Employment of Professional Person  -  *Page 2*        **F 2014-1**

| In re<br>McKenna,<br><br>Debtor. | CHAPTER 7<br><br>CASE NO. 8:18-bk-13588-SC |
|---|---|

5.    The investigation of disinterestedness made by the Firm prior to submitting this Statement consisted of *(specify):*

Submitted to the Firm's conflicts check system.

6.    The following is a complete description of all of the Firm's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, the chapter 7 trustee, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee *(specify, attaching extra pages as necessary)*:

Jeffrey I. Golden, a partner in the Firm, is a member of the panel of chapter 7 trustees for the Central District of California and is the duly appointed trustee in this case.  The Firm occasionally represents Mr. Golden in his capacity as bankruptcy trustee in other unrelated cases.

7.    The Firm is not a pre-petition creditor, an equity security holder or an insider of the Debtor.

8.    The Firm is not and was not an investment banker for any outstanding security of the Debtor.

9.    The Firm has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

10.    The Firm is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

11.    The Firm neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason.

12.    Name, address and telephone number of the person signing this Statement *(specify)*:

*See* item 1.

13.    The Firm is not related, through its partners or employees, to the United States Trustee or a Bankruptcy Judge for the Central District of California.

14.    The Firm's resume is attached as Exhibit "1."

15.    Total number of attached pages of supporting documentation:  20

16.    After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

Executed on the 3rd day of December, 2018, at Costa Mesa, California.


RYAN W. BEALL                                                         __/s/    Ryan Beall __ ___
*Type Name of Professional*                                     *Signature of Professional*


*Rev. 5/98*  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.        **F 2014-1**

11

# EXHIBIT 1

 

# Michael J. Weiland

Partner
**Contacts**
714-966-1000
mweiland@wgllp.com

Michael J. Weiland received his Bachelor of Arts degree in Economics, in 1974, from the University of California at Los Angeles, and his Juris Doctorate degree, with honors, in 1980, from Loyola Law School in Los Angeles. Mr. Weiland concentrates his practice on transactional real estate and bankruptcy matters. He is highly experienced in the acquisition, financing, development, leasing and sales of real property including common interest subdivisions and commercial office, retail and multi-family residential properties, and in the formation of new business entities. His bankruptcy experience includes private workouts, reorganizations, liquidations and assignments for benefit of creditors, including the representation of debtors, creditors, trustees, receivers and purchasers of distressed assets.

Mr. Weiland is the managing partner of Weiland Golden LLP. Before co-founding the firm in 1995, he was an attorney with the law firms of Sheppard, Mullin, Richter & Hampton, and Buchalter, Nemer, Fields & Younger. He also served as general counsel to a major real estate investment and development group, and taught real property law and legal research and writing in the undergraduate paralegal studies program at the University of Southern California. Between college and law school, Mr. Weiland worked in petrochemical construction, including providing supply logistics support for the Alaska oil pipeline and Valdez terminal facility, and managing a procurement and subcontracts administration office in Dhahran, Saudi Arabia.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters
- Transactional Real Property Matters
- Commercial Law and Finance
- Business Entity Formations
- General Business Matters

## Professional Associations & Community Involvement

EXHIBIT 1    PAGE 12

- American Bankruptcy Institute
- Building Industry Association of Southern California
- California Bankruptcy Forum
- Orange County Bankruptcy Forum
- Orange County Bar Association
- Turnaround Management Association

# Education

University of California, Los Angeles (Bachelor of Arts in Economics 1974)
Loyola Law School, Los Angeles (Juris Doctor 1980)

# Admissions

- California State Bar
- United States Supreme Court
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

WGG is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1    PAGE 13




# Jeffrey I. Golden

*Partner*

Contacts

714-966-1000

jgolden@wgllp.com

Jeffrey I. Golden is a Receiver, Bankruptcy Trustee and Examiner. He is a founding partner of Weiland Golden Goodrich LLP and a former shareholder of Buchalter, Nemer, Fields & Younger. He also serves as an expert witness in federal and state criminal and civil matters.

He received his undergraduate degree from the University of California at San Diego – Revelle College in 1984, cum laude, and his law degree from the University of Southern California Law School in 1987. After graduation from law school, he served as a law clerk to the Honorable Peter M. Elliott and to the Honorable Calvin K. Ashland, Judges of the United States Bankruptcy Court and the Bankruptcy Appellate Panel.

Mr. Golden is adjunct professor of law at the University of California, Irvine School of Law teaching bankruptcy and co-Editor-in-Chief of the *California Bankruptcy Journal*, a national publication. He also has lectured and written various articles regarding insolvency and commercial law matters. Mr. Golden has served as a Co-chair of Ninth Circuit Judicial Conference Lawyer Representative and is a past President of the Orange County Bankruptcy Forum. Since February 2005, Mr. Golden was selected by the publishers of *Los Angeles Magazine* as a Super Lawyer, representing the top 5% of the practicing attorneys in Southern California.

Mr. Golden was selected to receive the OCBF's Judge Peter M. Elliott Award for outstanding ethics, scholarship and contribution. He was also the first and only panel trustee to receive the CDCBAA's Judge Calvin Ashland "Trustee of the Year" Award. He also was appointed to serve on the California State Bar Client Security Fund Commission allocating millions of dollars to victims of attorney abuse. He also has been an adjunct faculty member of the University of California at Irvine Extension Program, teaching bankruptcy litigation and currently is an adjunct professor of bankruptcy law at UCI Law School. Mr. Golden is a graduate of the Straus Institute for Alternative Dispute Resolution at Pepperdine University School of Law, and serves on the panel of trained mediators in bankruptcy matters for the United States Bankruptcy Court, Central District of California.

Mr. Golden engages in a variety of charitable services. He has been President of the Huntington Seacliff Elementary School PTA, active with Serving People In Need (SPIN), Laura's House, and other local charities. Mr. Golden was also previously selected to Chair a national committee to develop family programming and family conferences for entrepreneurs for Entrepreneur Organization.

Mr. Golden concentrates his practice in the areas of complex bankruptcy litigation, business reorganizations, and commercial litigation in the state and federal courts. He is available to mediate bankruptcy controversies and other commercial disputes.

EXHIBIT 1    PAGE 14

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

## Professional Associations & Community Involvement

- American Bankruptcy Institute
- California Bankruptcy Forum
- Federal Bar Association
- National Association of Bankruptcy Trustees
- Ninth Circuit Judicial Lawyer Representative
- Orange County Bankruptcy Forum
- Orange County Bar Association
- Professional Networks Group
- Turnaround Management Association

## Thought Leadership

- Speaker, *Busting Trusts*, Orange County Bar Association Commercial Law & Bankruptcy Section (March 2015)
- Panelist, *Problems of Dealing with Limited Liability Company Interests*, National Association of Bankruptcy Trustees (2011)
- Speaker, *A Cram Session on Cram Down Interest Rates*, Orange County Bar Association Commercial Law & Bankruptcy Section (2011)
- *Who is the True Borrower? An Analysis of the Sham Guaranty Defense Reveals a Broad, Fact Intensive, and Total Defense to Deficiency Actions*, California Bankruptcy Journal, Volume 32 (Number 1, 2012)
- *Receivership News, A Publication of the California Receivers Forum*, Receiver Profile Jeff Golden: Enriched by Mentors, Issue 47 (Spring 2013)
- *Sports Team Bankruptcies: Home Runs or Strikeouts?* Los Angeles Daily Journal

## Recognition & Honors

- AV® Preeminent Rating by Martindale-Hubbell Peer Review
- Included in *The Best Lawyers in America©* list for Bankruptcy and Creditor Rights
- Orange County Bankruptcy Forum Peter M. Elliot Award
- Selected to the Southern California Super Lawyers List

## Education

University of California, San Diego (Bachelor of Arts in Political Science 1984)
University of Southern California (Juris Doctor 1987)

EXHIBIT 1    PAGE 15

# Admissions

- California State Bar
- United States Supreme Court
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

WGG is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1     PAGE 16




# David M. Goodrich

*Partner*
Contacts
714-966-1000
dgoodrich@wgllp.com

David M. Goodrich has represented bankruptcy trustees, large financial companies, distressed businesses, secured and unsecured creditors, and commercial litigants throughout California in matters involving bankruptcy law, finance and lender law, real estate law and business litigation since 2000.

Mr. Goodrich is a member of the Chapter 7 Bankruptcy Panel of Trustees, appointed by the Office of the United States Trustee, serving in the Los Angeles Division of the Central District of California (2011).  Mr. Goodrich has been certified as a bankruptcy law specialist by the State Bar of California (2010). Mr. Goodrich currently serves as a commissioner on the Bankruptcy Law Advisory Commission which prepares, administers and grades examinations for lawyers seeking certification as bankruptcy law specialists from the State Bar of California.

Mr. Goodrich also serves on the board of directors for the Orange County Bankruptcy Forum (President 2016-2017). Mr. Goodrich is also a member of the National Association of Bankruptcy Trustees, the Orange County Bar Association and the Los Angeles Bar Association.

Mr. Goodrich graduated from the University of Arizona with a BA in political science and earned his JD from Whittier Law School.

# Practice Areas

- Bankruptcy Law and Litigation
- Corporate Restructuring
- Chapter 7 and 11 Trustee Representation
- Chapter 11 Debtor-in-Possession Representation
- Unsecured Creditor Committee Representation

EXHIBIT 1      PAGE 17

# Professional Associations & Community Involvement

- Orange County Bankruptcy Forum
- California Bankruptcy Forum (Board Member 2017 and 2018)
- Bankruptcy Law Advisory Commission (2017 – 2021)
- National Association of Bankruptcy Trustees
- Orange County Bar Association
- Los Angeles Bar Association

# Thought Leadership

- *The Pivotal Election of a Bankruptcy Appeal*, Law360 (November 4, 2016)
- *Involuntary Exposure – Do a Petitioning Creditor's Losses End in the Bankruptcy Court?*, Bloomberg BNA's Bankruptcy Law Reporter (December 8, 2016)
- *Hiding Assets in California, Law Journal Newsletters* (June 2017)

# Recognition & Honors

- Bankruptcy Law Specialist – State Bar of California (2010)
- Bankruptcy Law Advisory Board Commissioner – State Bar of California (2017)
- Southern California Super Lawyer (2016, 2017 and 2018)
- Certificate of Appreciation – United States Bankruptcy Court for the Central District of California (2017)
- Pro Bono Volunteer Recognition (2016 - 2017)

# Education

University of Arizona (Bachelor of Arts in Political Science 1997)
Whittier Law School (Juris Doctor 2000)

# Admissions

- California State Bar
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Southern District of California
- United States District Court for the Northern District of California
- United States District Court for the Eastern District of California

WGG is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1    PAGE 18





# Reem J. Bello

Partner

## Contacts

714-966-1000
rbello@wgllp.com

Reem J. Bello is a partner of Weiland Golden Goodrich LLP.  Ms. Bello has over 15 years experience in the practice areas of bankruptcy, insolvency and litigation.  Ms. Bello concentrates her practice on both bankruptcy/insolvency matters and commercial and business litigation. She represents debtors, secured and unsecured creditors, creditors' committees, equity committees, officers and directors, asset purchasers and other parties in chapter 11 reorganization proceedings.  She has led companies in Chapter 11 reorganization proceedings, from the commencement of a case through to plan confirmation proceedings.

Ms. Bello also has extensive experience in Chapter 7 and 11 liquidation proceedings, representing chapter 7 trustees and chapter 11 trustees in the recovery and liquidation of assets.  She has significant bankruptcy-related litigation experience representing trustees and creditors in adversary proceedings.  Her bankruptcy-related litigation experience includes discovery, taking and defending depositions, briefing, settlement negotiations, mediation and trial in connection with preference, fraudulent conveyance, lien avoidance proceedings, and other adversary proceedings.  She has significant experience handling a wide variety of business, commercial and real estate litigation involving discovery, taking and defending depositions, pretrial motions, settlement negotiations and mediation.

Ms. Bello served a judicial clerkship to the Honorable Kathleen P. March, United States Bankruptcy Judge for the Central District of California.  During law school, Ms. Bello served a judicial externship to the Honorable Alan M. Ahart, United States Bankruptcy Judge for the Central District of California, and a judicial externship to the Honorable Kathleen P. March, United States Bankruptcy Judge for the Central District of California.

## Practice Areas

- Chapter 11 Reorganization
- Chapter 11 and Chapter 7 Liquidation
- Trustee and Receiver Representation
- Business and Commercial Litigation

EXHIBIT 1    PAGE 19

# Professional Associations & Community Involvement

- American Bankruptcy Institute
- Federal Bar Association
- California Bankruptcy Forum
- Orange County Bankruptcy Forum
- Orange County Bar Association
- Orange County Women Lawyers' Association

# Recognition & Honors

- Avvo Rating Superb
- Selected to the Southern California Rising Stars

# Languages

- Arabic
- French
- Spanish

# Education

University of California, Irvine (Bachelor of Arts in Political Science and English Literature)
Honors: Campuswide Honors Program, Magna cum laude, Order of Merit (Top 2% of class), and Phi Beta Kappa
University of Southern California Law School (Juris Doctor)
Honors: Hale Moot Court Honors Program

# Admissions

- California State Bar
- United States Supreme Court
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

WGG is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1     PAGE 20




# Beth E. Gaschen

*Partner*

Contacts

714-966-1000
bgaschen@wgllp.com

Beth E. Gaschen concentrates her practice on bankruptcy/insolvency matters and business and bankruptcy-related litigation.  She represents debtors, creditors' committees, secured and unsecured creditors, trustees, asset purchasers, and others in chapter 7 and chapter 11 bankruptcy cases, adversary proceedings, as well as out-of-court restructurings.  Ms. Gaschen also represents receivers and assignees for the benefit of creditors.

Ms. Gaschen served a judicial externship to the Honorable Terry J. Hatter, Jr., United States District Court Judge for the Central District of California, and a judicial externship to the Honorable John E. Ryan, United States Bankruptcy Judge for the Central District of California.  Upon graduation, Ms. Gaschen served a judicial clerkship for the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California from August 2006 to August 2009.

In 2016, Ms. Gaschen was selected as one of 40 "up and coming" bankruptcy attorneys from across the nation to participate in the National Conference of Bankruptcy Judges' Next Generation Program.  Ms. Gaschen has been recognized as a "Rising Star" in Super Lawyers magazine in both 2015 and 2016.  Ms. Gaschen was a Director of the Orange County Bankruptcy Forum from 2010-2014, and its President from 2013-2014, and is also a member of the Orange County Bar Association and the International Women's Insolvency & Restructuring Confederation.

## Practice Areas
- Bankruptcy, Workouts and Insolvency Matters
- Business and Commercial Litigation

## Professional Associations & Community Involvement
- Director, Orange County Bankruptcy Forum, 2010-2014
- President, Orange County Bankruptcy Forum, 2013-2014
- Orange County Bar Association
- IWIRC, International Women's Insolvency & Restructuring Confederation

## Thought Leadership
- Moderator, *Busting Trusts*, Orange County Bar Association Commercial Law and Bankruptcy Section (2015)
- Panelist, *Are You Still Smarter Than a 5th Year*, California Bankruptcy Forum Annual Insolvency Conference (2010)

EXHIBIT 1    PAGE 21

# Recognition & Honors

- Selected to the Southern California Super Lawyers
  2015 Rising Star List

# Education

University of California, San Diego (Bachelor of Arts in Sociology 2003)
Chapman University School of Law (Juris Doctor 2006)

# Admissions

- California State Bar
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

WGG is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result

EXHIBIT 1    PAGE 22

 

# Faye C. Rasch

Of Counsel
**Contacts**
714-966-1000
frasch@wgllp.com

Faye C. Rasch began her practice in Manhattan focusing on commercial real estate litigation handling complex cases involving rent stabilization and loft law. After three years as a practicing attorney, Ms. Rasch returned to the academic sphere to obtain a Masters of Business Administration with a concentration in finance. Ms. Rasch's current practice emphasizes all components of insolvency law and creditors rights, including commercial litigation at the trial and appellate levels. She represents creditors, debtors, and committees though all phases of Chapter 11, and has significant experience with cases involving complicated tax issues.  In addition, Ms. Rasch has represented a wide array of federal and state court receivers and worked closely with government agencies to recover funds for defrauded customers and investors.

Ms. Rasch earned her B.A. from New York University, New York in 1999, her J.D. from Fordham University School of Law in 2002, and her M.B.A. from Pepperdine University in 2007.  While a student at Fordham, Ms. Rasch served as an Associate Editor of the Journal of Corporate and Financial Law. Ms. Rasch is a member of the State Bar of California, the State Bar of New York, the State Bar of New Jersey, the American Bar Association, and the Los Angeles County Bar Association.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters
- Business and Commercial Litigation

## Professional Associations & Community Involvement

- American Bar Association
- Los Angeles Bar Association

## Education

EXHIBIT 1     PAGE 23

New York University (Bachelor of Arts 1999)
Fordham University School of Law (Juris Doctor 2002)
Pepperdine University (Master Business Administration 2007)

# Admissions

- California State Bar
- State Bar of New Jersey
- State Bar of New York

WGG is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1    PAGE 24

 

# Michael Adele

Of Counsel

**Contacts**

MAdele@wgllp.com

Michael R. Adele has a general commercial litigation practice, with an emphasis on representing clients in bankruptcy litigation, including contested matters, adversary proceedings and other bankruptcy related litigation, as well as intellectual property litigation and business litigation.

Mr. Adele is a former partner of Cooley, Godward, was a founder and head of Cooley Godward's San Diego litigation practice, and was the former head of litigation for Weiland Golden LLP, a predecessor of Weiland Golden Goodrich LLP.  Mr Adele was named a California Super Lawyer for the years 2006 and 2014-2016.

Mr. Adele has tried cases in Southern California for over 25 years in both state and federal courts, including bankruptcy courts, often with astounding results.  Mr. Adele's most notable achievements include:

- Winning a ten day bench trial in bankruptcy court that allowed confirmation of the client's bankruptcy plan, and which resulted in the client's successful bankruptcy reorganization;
- Winning a federal court jury trial on directed verdict, in the middle of cross-examining the other party's first witness, in a case with nearly $1,000,000 at issue;
- Winning a TRO and preliminary injunction, and later obtaining a favorable settlement for his client, in a bet-the-company trademark dispute against the company's founder; and
- Winning an extraordinary order allowing his client to copy defendants' computers immediately upon service of the complaint (i.e., with no prior notice to defendants whatsoever) and executing a raid with federal marshals to implement this order, which ultimately resulted in a favorable settlement.

In addition, Mr. Adele has taught law school at both Chapman Law School and Whittier Law School, served as a judge pro tem and published articles in the Daily Journal.

# Education

University of California, Irvine (Bachelor of Arts in Philosophy 1985)
Harvard Law School (Juris Doctorate 1988)

EXHIBIT 1     PAGE 25

WGG is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result

EXHIBIT 1     PAGE 26



# Ryan W. Beall

Attorney

**Contacts**

714-966-1000
rbeall@wgllp.com

Ryan W. Beall received his undergraduate degree in Political Science with a minor in Human Communication from Trinity University in San Antonio, Texas in 2008, and his law degree from University of California Irvine, School of Law in 2016. While at law school, he served a judicial externship to the Honorable Brian E. Hill, Superior Court of Santa Barbara, and a judicial externship to the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of California. Upon graduation, Mr. Beall served a judicial clerkship for the Honorable Christopher M. Klein, United States Bankruptcy Judge for the Eastern District of California from August 2016 to August 2018.

Mr. Beall's practice is focused on bankruptcy and insolvency matters. Mr. Beall's article Cryptocurrency in the Law: An Analysis of the Treatment of Cryptocurrency in Bankruptcy will be published in the late 2018 issue of the California Bankruptcy Journal.

EXHIBIT 1    PAGE 27



# Cynthia B. Meeker

Paralegal

**Contacts**
714-966-1000
cmeeker@wgllp.com

Cynthia B. Meeker received her undergraduate degree from California State University at Fullerton in 1982, and obtained her legal assistantship from the University of California at Irvine in 1988.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

## Education

California State University, Fullerton (Bachelor of Arts 1982)

WGG is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1    PAGE 28




# Claudia Yoshonis

Paralegal
**Contacts**
714-966-1000
cyoshonis@wgllp.com

Claudia Yoshonis received her undergraduate degree from San Diego State University, and her law degree from Western State University of Law. She served a judicial clerkship to the Honorable James N. Barr, United States Bankruptcy Judge for the Central District of California, from 1987 through 1989.

## Practice Areas

- Bankruptcy, Workouts and Insolvency Matters

## Professional Associations & Community Involvement

- Orange County Bankruptcy Forum

## Education

San Diego State University (Bachelor of Science in Criminology 1978)
California Western School of Law (Juris Doctor 1982)

WGG is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1    PAGE 29

 

# Kelly Adele

Paralegal
**Contacts**
714-966-1000
krivera@wgllp.com

Kelly Adele is a paralegal and legal assistant with Weiland Golden Goodrich LLP.  Mrs. Adele has worked in the legal field for more than 15 years.  She has provided litigation support to attorneys handling cases in both federal and state court, qualifying her as a paralegal under California law.  Mrs. Adele has completed education courses offered by the United States Bankruptcy Court for the Central District of California.  Mrs. Adele has extensive knowledge in all aspects of state and federal court litigation and bankruptcy practices.  She is responsible for case management and debtor and creditor committee cases.  She performs legal research, prepares and reviews information pertaining to court cases and legal issues.  Mrs. Adele has substantial knowledge in procedural and substantive law, bankruptcy petition preparation, drafting of motions and pleadings, electronic court filings, and assisting in trial preparation and the appeals process.

Mrs. Adele was a former Board Member of the Orange County Legal Secretaries Association, a current member of the Orange County Legal Secretaries Association and a current member of the National Notary Association.

WGG is dedicated to learning the nuances and complexities of your business and industry, and in bringing the right talent and resources to solve your issue. Our objective is to identify and deliver practical solutions for the complex financial challenges our clients face. We see the big picture and create order from chaos to deliver the right result.

EXHIBIT 1    PAGE 30



# WEILAND GOLDEN GOODRICH LLP

## SCHEDULE OF HOURLY BILLING RATES
### EFFECTIVE SEPTEMBER 4, 2018

### <u>Attorneys</u>:

| | |
|---|---|
| Michael J. Weiland | $750.00 |
| Jeffrey I. Golden | $750.00 |
| David M. Goodrich | $600.00 |
| Reem J. Bello | $600.00 |
| Beth E. Gaschen | $550.00 |
| Michael R. Adele | $550.00 |
| Faye C. Rasch | $500.00 |
| Ryan W. Beall | $450.00 |

### <u>Paralegal Professionals</u>:

| | |
|---|---|
| Claudia Yoshonis | $250.00 |
| Cynthia B. Meeker | $250.00 |
| Kelly Adele | $250.00 |

### <u>Trustee Case Administrators</u>:

| | |
|---|---|
| All Trustee Case Administrators | $250.00 |

### <u>Law Clerks</u>:

| | |
|---|---|
| All Law Clerks | $200.00 |

**(THESE RATES ARE SUBJECT TO PERIODIC ADJUSTMENT)**

EXHIBIT 1    PAGE 31

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 600**
**Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): <u>Application of the Chapter 7 Trustee to Employ</u>
<u>Counsel (Weiland Golden Goodrich LLP) Pursuant to 11 U.S.C. §§ 327 and 330; Declaration of Jeffrey I. Golden;</u>
<u>Statement of Disinterestedness of Ryan W. Beall</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
<u>December 3, 2018</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

⊠ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>December 3, 2018</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge <u>will be completed</u> no later than 24 hours after the document is filed.

Tim McKenna
61 Stetson
Irvine, CA 92602

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>December 3, 2018</u>, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

**Served by Personal Delivery**
Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/3/2018 | Victoria Rosales | *victoria* |
| --- | --- | --- |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Jeremy Faith    Jeremy@MarguliesFaithlaw.com,
Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com;Victoria@MarguliesFaithlaw.com
Daniel K Fujimoto    wdk@wolffirm.com
Jeffrey I Golden (TR)    lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
Kenneth Hennesay    khennesay@allenmatkins.com, ncampos@allenmatkins.com
Leslie K Kaufman    kaufman_kaufman.bankruptcy@yahoo.com
Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
Noreen A Madoyan    Noreen@MarguliesFaithLaw.com,
Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com
Michelle J Nelson    mjslaw@hotmail.com
Scott H Noskin    snoskin@mbnlawyers.com, aacosta@mbnlawyers.com
Mark D Poniatowski    ponlaw@ponlaw.com
Valerie Smith    claims@recoverycorp.com
Richard A Solomon    richard@sgswlaw.com
Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                         **F 9013-3.1.PROOF.SERVICE**