United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 18-13588-SC
Tim M McKenna                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8        User: admin              Page 1 of 2           Date Rcvd: Sep 25, 2020
                            Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2020.
db              Tim M McKenna,    3942 Irvine Bl #134,    Irvine, CA  92602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2020 at the address(es) listed below:
              Alyssa B Klausner    on behalf of Creditor    The Summit EStates Homeowners Association
               abk@sghoalaw.com
              Alyssa B Klausner    on behalf of Interested Party    Courtesy NEF abk@sghoalaw.com
              Caren J Castle    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, in
               trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-WM1,
               Asset Backed Pass-Through Certificates wdk@wolffirm.com,    wdk@wolffirm.com
              D Edward Hays    on behalf of Interested Party Robert S Whitmore ehays@marshackhays.com,
               ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.cou
               rtdrive.com
              D Edward Hays    on behalf of Interested Party    Courtesy NEF ehays@marshackhays.com,
               ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.cou
               rtdrive.com
              Daniel K Fujimoto    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, in
               trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-WM1,
               Asset Backed Pass-Through Certificates wdk@wolffirm.com
              Jeffrey I Golden (TR)    lwerner@wgllp.com,    jig@trustesolutions.net;kadele@wgllp.com
              Jennifer H Wang    on behalf of Creditor    Ford Motor Credit Company LLC jwang@cookseylaw.com,
               jwang@ecf.courtdrive.com
              Jeremy Faith    on behalf of Interested Party    Courtesy NEF Jeremy@MarguliesFaithlaw.com,
               Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
              Josephine E Salmon    on behalf of Interested Party    Courtesy NEF ecfcacb@aldridgepite.com,
               JES@ecf.inforuptcy.com;jsalmon@aldridgepite.com
              Kenneth Hennesay    on behalf of Creditor    Pacific Western Bank khennesay@allenmatkins.com,
               ncampos@allenmatkins.com
              Leslie K Kaufman    on behalf of Interested Party    Courtesy NEF
               kaufman_kaufman.bankruptcy@yahoo.com,    kaufmanlr98210@notify.bestcase.com
              Mark D Poniatowski    on behalf of Creditor    Caterpillar Financial Services Corporation
               ponlaw@ponlaw.com
              Meghann A Triplett    on behalf of Cross-Claimant Howard  Grobstein, Chapter 7 Trustee for the
               estate of Irontrac, Inc. Meghann@MarguliesFaithlaw.com,
               Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
              Meghann A Triplett    on behalf of Interested Party Howard  Grobstein
               Meghann@MarguliesFaithlaw.com,
               Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
              Meghann A Triplett    on behalf of Interested Party    Courtesy NEF Meghann@MarguliesFaithlaw.com,
               Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
              Michael G Spector    on behalf of Debtor Tim M McKenna mgspector@aol.com,    mgslawoffice@aol.com
              Michael G Spector    on behalf of Defendant Tim M McKenna mgspector@aol.com,    mgslawoffice@aol.com
              Michael G Spector    on behalf of Interested Party    INTERESTED PARTY mgspector@aol.com,
               mgslawoffice@aol.com
              Michelle J Nelson    on behalf of Interested Party    Law Offices of Michelle J. Sukhov, Inc.
               mjslaw@hotmail.com
              Michelle J Nelson    on behalf of Plaintiff    Law Offices of Michelle J. Sukhov, Inc.
               mjslaw@hotmail.com

```
District/off: 0973-8           User: admin                 Page 2 of 2                   Date Rcvd: Sep 25, 2020
                               Form ID: pdf042             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Michelle J Nelson    on behalf of Creditor    Law Offices of Michelle J. Sukhov, Inc. mjslaw@hotmail.com
        Nancy L Lee    on behalf of Interested Party    Courtesy NEF bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
        Nancy L Lee    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to LaSalle Bank National Association, as Trustee for Thornburg Mortgage Securities Trust 2006-1, Mortgage Pass-Through Certificates Se bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
        Noreen A Madoyan    on behalf of Interested Party Howard  Grobstein Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
        Noreen A Madoyan    on behalf of Interested Party    Courtesy NEF Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
        Reem J Bello    on behalf of Plaintiff Jeffrey I. Golden rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
        Reem J Bello    on behalf of Trustee Jeffrey I Golden (TR) rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
        Reem J Bello    on behalf of Interested Party    Courtesy NEF rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
        Reem J Bello    on behalf of Plaintiff Jeffrey I Golden rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
        Richard A Solomon    on behalf of Creditor    Wells Fargo Equipment Finance, Inc richard@sgswlaw.com
        Roger F Friedman    on behalf of Plaintiff    Law Offices of Michelle J. Sukhov, Inc. rfriedman@rutan.com
        Ryan W Beall    on behalf of Plaintiff Jeffrey I. Golden rbeall@lwgfllp.com, vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com
        Ryan W Beall    on behalf of Trustee Jeffrey I Golden (TR) rbeall@lwgfllp.com, vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com
        Scott H Noskin    on behalf of Creditor    Pacific Western Bank snoskin@mbnlawyers.com, aacosta@mbnlawyers.com
        Tinho  Mang    on behalf of Interested Party    INTERESTED PARTY tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
        Tinho  Mang    on behalf of Cross-Claimant Robert S. Whitmore tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
        Tinho  Mang    on behalf of Interested Party    Courtesy NEF tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
        Tinho  Mang    on behalf of Interested Party Robert S Whitmore tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
        Tyler H Brown    on behalf of Attorney Tyler Hamnett Brown tylerbrown@brownandbrownllp.com, admin@brownandbrownllp.com
        Tyler H Brown    on behalf of Cross Defendant Jason  Caufield tylerbrown@brownandbrownllp.com, admin@brownandbrownllp.com
        Tyler H Brown    on behalf of Defendant Jason  Caufield tylerbrown@brownandbrownllp.com, admin@brownandbrownllp.com
        United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
        Valerie  Smith    on behalf of Interested Party    Courtesy NEF claims@recoverycorp.com

        TOTAL: 44

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JaVonne M. Phillips, Esq. SBN 187474<br>Nancy Lee, Esq. SBN 272035<br>**McCarthy & Holthus, LLP**<br>411 Ivy Street<br>San Diego, CA 92101<br>Phone (877) 369-6122 Ext. 2761<br>Fax (619) 685-4811<br>nlee@mccarthyholthus.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 25 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bolte       DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Tim M McKenna,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:18-bk-13588-SC<br>CHAPTER: 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(REAL PROPERTY)**<br><br>DATE: 09/24/2020<br>TIME: 10:00AM<br>COURTROOM: 5C<br>PLACE: 411 West Fourth Street, Santa Ana CA |

**Movant: Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for U.S. Bank National Association, as Trustee, successor in interest to LaSalle Bank National Association, as Trustee for Thornburg Mortgage Securities Trust 2006-1, Mortgage Pass-Through Certificates Series 2006-1**

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following real property (Property):

   *Street address*:      1059 South Summer Breeze Lane
   *Unit/suite numbe*r:
   *City, state, zip code*:   Anaheim, CA 92808

   Legal description or document recording number (including county of recording): 2005000938102, Orange County, California


   ☒ See attached page.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                     Page 1                                     **F 4001-1.RFS.RP.ORDER**

3. The Motion is granted under:

    a. ☐ 11 U.S.C. § 362(d)(1)

    b. ☒ 11 U.S.C. § 362(d)(2)

    c. ☐ 11 U.S.C. § 362(d)(3)

    d. ☐ 11 U.S.C. § 362(d)(4).  The filing of the bankruptcy petition was part of a scheme to hinder, delay, or defraud creditors that involved:

        (1) ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval; and/or

        (2) ☐ Multiple bankruptcy cases affecting the Property.

        (3) ☐ The court  ☐ makes  ☐ does not make  ☐ cannot make a finding that the Debtor was involved in this scheme.

        (4) If recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order shall be binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of this order by the court, except that a debtor in a subsequent case under this title may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing.  Any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording.

4. ☒ As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

    a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

    b. ☐ Modified or conditioned as set forth in Exhibit _____ to this order.

    c. ☐ Annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the Property do not constitute a violation of the stay.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a proof of claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant must not conduct a foreclosure sale of the Property before (*date*) _____.

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Agreement contained within this order.

8. ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this order.  The secured portion of Movant's claim is deemed withdrawn upon entry of this order without prejudice to Movant's right to file an amended unsecured claim for any deficiency.  Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this order.

9. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, as to the same terms and conditions as to the Debtor.

10. ☐ The 14-day stay as provided in FRBP 4001(a)(3) is waived.

11. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

12. Movant, or its agents, may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement.  Movant, through its servicing agent, may contact the Debtor by telephone or written correspondence to offer such an agreement.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                            Page 2                                            F 4001-1.RFS.RP.ORDER

13. Upon entry of this order, for purposes of Cal. Civ. Code § 2923.5, the Debtor is a borrower as defined in Cal. Civ. Code § 2920.5(c)(2)(C).

14. ☐ A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy case concerning the Property for a period of 180 days from the hearing of this Motion

   (a) ☐ without further notice.

   (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

15. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

16. ☐ This order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion:

   (a) ☐ without further notice.

   (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

17. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be

   (a) ☐ without further notice.

   (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

18. ☐    Other (*specify*):

###

Date: September 25, 2020

Scott C. Clarkson
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*    Page 3    F 4001-1.RFS.RP.ORDER

## Legal Description

PARCEL 1

LOT 29 OF TRACT NO. 13515, IN THE CITY OF ANAHEIM, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 773, PAGE 40 TO 44 INCLUSIVE OF MISCELLANEOUS MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ALL OIL, GAS AND MINERAL RIGHTS AS RESERVED BY VARIOUS DEEDS OF RECORD.

EASEMENTS AS SET FORTH IN THE SECTIONS ENTITLED "EASEMENT FOR OWNERS" "SUPPORT, SETTLEMENT AND ENCROACHMENT" AND "UTILITIES AND CABLE TELEVISION OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS, RECORDED MAY 23, 1990 AS INSTRUMENT NO. 90-277637, OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA, AND ANY AMENDMENTS THERETO ("DECLARATION") AND IN THE SUPPLEMENTARY DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS (THE "SUPPLEMENTARY DECLARATION"), RECORDED JUNE 10, 1999 AS INSTRUMENT NO. 99-430643 OF SAID OFFICIAL RECORDS.

PARCEL 3

EASEMENTS AS SET FORTH IN THE SECTIONS ENTITLED "EASEMENT FOR OWNERS," "SUPPORT., SETTLEMENT AND ENCROACHMENT" UTILITIES AND CABLE TELEVISION OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS, RECORDED NOVEMBER 15, 1989 AS INSTRUMENT NO. 89-613900, OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA, AND ANY AMENDMENTS THERETO ("MASTER DECLARATION") AND IN THE SUPPLEMENTARY DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS (THE "SUPPLEMENTARY MASTER DECLARATION"), RECORDED JUNE 10, 1999 AS INSTRUMENT NO. 99-430642, OF SAID OFFICIAL RECORDS.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                                             Page 4                                                  **F 4001-1.RFS.RP.ORDER**