Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Attorneys for Chapter 7 Trustee,
Jeffrey I. Golden

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:18-bk-13588-SC |
| TIM M. MCKENNA, | Chapter 7 |
| Debtor. | **NOTICE OF INCREASED HOURLY RATES CHARGED BY WEILAND GOLDEN GOODRICH LLP** |
| | [No Hearing Required] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRTUPCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that effective January 1, 2021, the hourly rates charged by Weiland Golden Goodrich LLP ("Firm") will increase as follows:

| ATTORNEYS | PREVIOUS RATE | INCREASED RATE |
|---|---|---|
| Michael J. Weiland | $750 | $750 |
| Jeffrey I. Golden | $750 | $750 |
| David M. Goodrich | $600 | $650 |
| Reem J. Bello | $600 | $600 |
| Beth E. Gaschen | $550 | $580 |
| Michael R. Adele | $550 | $600 |
| Kerry A. Moynihan | $530 | $550 |
| Faye C. Rasch | $530 | $530 |
| Ryan W. Beall | $450 | $480 |
| Sonja M. Hourany | $450 | $450 |

1309450.1                                1                                NOTICE

| **PARALEGAL PROFESSIONALS** | **PREVIOUS RATE** | **INCREASED RATE** |
|---|---|---|
| Claudia M. Yoshonis | $250 | $250 |
| Cynthia B. Meeker | $250 | $250 |
| Kelly Adele | $250 | $250 |

Dated: January 13, 2021    WEILAND GOLDEN GOODRICH LLP

By: */s/ Reem J. Bello*
 Reem J. Bello
 Attorneys for Chapter 7 Trustee,
 Jeffrey I. Golden

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**650 Town Center Drive, Suite 600
Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Notice of Increased Hourly Rates Charged by Weiland Golden Goodrich LLP will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 13, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 13, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 13, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/13/2021 | Lindsay Bracken | *signature* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Ryan W Beall    rbeall@lwgfllp.com, vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com;rbeall@ecf.courtdrive.com
Reem J Bello    rbello@wgllp.com, kadele@ecf.courtdrive.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
Tyler H Brown    tylerbrown@brownandbrownllp.com, admin@brownandbrownllp.com
Caren J Castle    wdk@wolffirm.com, wdk@wolffirm.com
Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
Roger F Friedman    rfriedman@rutan.com
Daniel K Fujimoto    wdk@wolffirm.com
Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
Jeffrey I Golden (TR)    lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
Kenneth Hennesay    khennesay@allenmatkins.com, ncampos@allenmatkins.com
Leslie K Kaufman    kaufman_kaufman.bankruptcy@yahoo.com, kaufmanlr98210@notify.bestcase.com
Alyssa B Klausner    abk@sghoalaw.com
Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
Noreen A Madoyan    Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
Michelle J Nelson    mjslaw@hotmail.com
Scott H Noskin    snoskin@mbnlawyers.com, aacosta@mbnlawyers.com
Mark D Poniatowski    ponlaw@ponlaw.com
Josephine E Salmon    ecfcacb@aldridgepite.com, JES@ecf.inforuptcy.com;jsalmon@aldridgepite.com
Valerie Smith    claims@recoverycorp.com
Richard A Solomon    richard@sgswlaw.com
Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
Meghann A Triplett    Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Jennifer H Wang    jwang@cookseylaw.com, jwang@ecf.courtdrive.com