| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| A. Kenneth Hennesay, Jr. (SBN 187531)<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>1900 Main Street, Fifth Floor<br>Irvine, CA 92614-7321<br>Phone: (949) 553-1313      Fax: (949) 553-8354<br>Email: khennesay@allenmatkins.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Pacific Western Bank | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Tim McKenna<br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:18-bk-13588-SC<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Application for Order Setting Hearing on Shortened Notice [LBR 9075-1(b)\ |

PLEASE TAKE NOTE that the order titled Order _____

_____

was lodged on (*date*) March 24, 2021   and is attached. This order relates to the motion which is docket number 197__.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Main St., Fifth Floor, Irvine, CA 92614-7321

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 24, 2021   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Tyler H Brown - tylerbrown@brownandbrownllp.com, admin@brownandbrownllp.com

Caroline Djang - caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com; wilma.escalante@bbklaw.com

Jeremy Faith - Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com

Marc C Forsythe - kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com

Chad V Haes on behalf of Trustee Robert Whitmore (TR) - chaes@marshackhays.com, chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; kfrederick@ecf.courtdrive.com

D Edward Hays on behalf of Trustee Robert Whitmore (TR) - ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com

Alan Craig Hochheiser - ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com

Michael Y Jung - jung@luch.com, kbrown@luch.com,kimberley@luch.com,caroberts@luch.com

Leslie K Kaufman - kaufman_kaufman.bankruptcy@yahoo.com, kaufmanlr98210@notify.bestcase.com

Noreen A Madoyan - Noreen.Madoyan@usdoj.gov

Tinho Mang on behalf of Trustee Robert Whitmore (TR): tmang@marshackhays.com; tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com

Michelle J Nelson - mjslaw@hotmail.com

Scott H Noskin - snoskin@mbnlawyers.com, aacosta@mbnlawyers.com

Raymond A Policar - policarlaw@att.net

Richard A Solomon - richard@sgswlaw.com

Michael G Spector - mgspector@aol.com, mgslawoffice@aol.com

Meghann A Triplett - Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com; Angela@MarguliesFaithlaw.com; Vicky@MarguliesFaithlaw.com

United States Trustee (RS) - ustpregion16.rs.ecf@usdoj.gov

Robert Whitmore (TR) - rswtrustee@yahoo.com, rwhitmore@ecf.axosfs.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                              Page 2                          **F 9021-1.2.BK.NOTICE.LODGMENT**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) March 24, 2021   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Tim McKenna
3942 Irvine Blvd. #134
Irvine, CA 92602

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
*COVID PROCEDURE: As of March 23, 2021 instructions on court's website indicate Judge Clarkson will excuse compliance with LBR 5005-2(d) (requiring Judge's copies) until further notice.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 24, 2021 | Naomi Campos | /s/ Naomi Campos |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**