| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>A. Kenneth Hennesay (SBN 187531)<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>1900 Main Street, Fifth Floor<br>Irvine, CA 92614-7321<br>Phone: (949) 553-1313   Fax: (949) 553-8354<br>Email: khennesay@allenmatkins.com<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Pacific Western Bank | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SANTA ANA DIVISION

| In re:<br>Tim McKenna<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:18-bk-13588-SC<br>CHAPTER: 7<br><br>**ORDER:**<br><br>☐ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>                    **[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*):
Pacific Western Bank

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (Action in Nonbankruptcy Forum)

    b. *Date of filing of motion:* March 24, 2021

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: March 24, 2021

3. Based upon the court's review of the Application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☐ The Application is granted, and it is further ordered:

(1) ☐ A hearing on the motion will take place as follows:

| **Hearing date:**<br>**Time:**<br>**Courtroom:** | **Place:**<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |
|---|---|

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_<br>Date:<br><br>Time: | (B) _Persons/entities to be provided with telephonic notice:_<br>Counsel for chapter 7 trustee, counsel for debtor, debtor, counsel for Nationstar Mortgage, LLC; PNC Mortgage; Summit Estates HOA<br><br>☐ See attached page<br>(C) _Telephonic notice is also required upon_ the United States trustee |
|---|---|

(3) ☐ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:    ☐ one of the methods checked    ☒ all of the methods checked

(A) ☐ Personal Delivery    ☒ Overnight Mail    ☐ First class mail    ☐ Facsimile*    ☐ Email*

| (B) _Deadlines:_<br>Date: March 26, 2021<br><br>Time: | (C) _Persons/entities to be served with written notice and a copy of this order:_<br>Counsel for chapter 7 trustee, counsel for debtor, debtor, counsel for Nationstar Mortgage, LLC; PNC Mortgage; Summit Estates HOA<br><br>☐ See attached page<br>(D) _Service is also required upon:_<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>   (*see Court Manual for address*) |
|---|---|

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☐ one of the methods checked  ☒ all of the methods checked

(A) ☐ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with motion, declarations, supporting documents:_ |
|---|---|
| Date: March 26, 2021 | Counsel for chapter 7 trustee, counsel for debtor, debtor, counsel for Nationstar Mortgage, LLC; PNC Mortgage; Summit Estates HOA |
| Time: | |
| | ☐ See attached page |
| | (D) _Service is also required upon_: |
| | -- United States trustee *(no electronic service permitted)* |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(5) ☐ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written opposition to the motion:_ |
|---|---|
| Date: | -- movant's attorney (or movant, if movant is not represented by an attorney) |
| Time: | |
| | (D) _Service is also required upon_: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

|  |  |
|---|---|
| (B) *Deadlines:*<br><br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>  (*see Court Manual for address*) |

(7) ☐  Other requirements:


(8) ☐  No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
>
> ☐ no later than:    Date:        Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).


Date: _____              _____
                                                                    United States Bankruptcy Judge

Lodged Order Upload (L.O.U)     Page 1 of 1
Case 8:18-bk-13588-SC    Doc 199-1    Filed 03/24/21    Entered 03/24/21 18:42:05    Desc
Proposed Order     Page 5 of 5



**Bankruptcy LODGED ORDER UPLOAD FORM**

Wednesday, March 24, 2021

CONFIRMATION :

Your Lodged Order Info:
( **10304258.docx** )
A new order has been added

- **Office**: Santa Ana
- **Case Title**: Tim M McKenna
- **Case Number**: 18-13588
- **Judge Initial**: SC
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 198
- **On Date**: 03/24/2021 @ 06:35 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012