| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| A. Kenneth Hennesay (SBN 187531)<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>1900 Main Street, Fifth Floor<br>Irvine, CA 92614-7321<br>Phone: (949) 553-1313   Fax: (949) 553-8354<br>Email: khennesay@allenmatkins.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Pacific Western Bank | **FILED & ENTERED**<br><br>MAR 29 2021<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Tim McKenna<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:18-bk-13588-SC<br>CHAPTER: 7<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*):
Pacific Western Bank

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (Action in Nonbankruptcy Forum)

   b. *Date of filing of motion:* March 24, 2021

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: March 24, 2021

3. Based upon the court's review of the Application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered:

(1) ☐ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** April 7, 2021<br>**Time:** 10:00 a.m.<br>**Courtroom:** 5C- Virtual. Accessiblity information may be located in the Court's tentative ruling | **Place:**<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☒ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_<br>Date:    March 30, 2021<br>Time:    12:00 p.m. | (B) _Persons/entities to be provided with telephonic notice:_<br>Counsel for chapter 7 trustee, counsel for debtor, debtor, counsel for Nationstar Mortgage, LLC; PNC Mortgage; Summit Estates HOA and any other interested party<br><br>☐ See attached page<br>(C) _Telephonic notice is also required upon_ the United States trustee |
|---|---|

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☒ Email*

| (B) _Deadlines:_<br>Date: March 30, 2021<br>Time:    12:00 p.m. | (C) _Persons/entities to be served with written notice and a copy of this order:_<br>Counsel for chapter 7 trustee, counsel for debtor, debtor, counsel for Nationstar Mortgage, LLC; PNC Mortgage; Summit Estates HOA and any other interested party<br><br>☐ See attached page<br>(D) _Service is also required upon:_<br>-- United States trustee _(electronic service is not permitted)_<br>-- Judge's copy personally delivered to chambers (_see Court Manual for address_) |
|---|---|

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☒ one of the methods checked  ☒ all of the methods checked

(A) ☐ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☒ Email*

(B) *Deadlines:*
Date: March 30, 2021
Time: 12:00 p.m.

(C) *Persons/entities to be served with motion, declarations, supporting documents:*
Counsel for chapter 7 trustee, counsel for debtor, debtor, counsel for Nationstar Mortgage, LLC; PNC Mortgage; Summit Estates HOA and any other interested party

☐ See attached page

(D) *Service is also required upon:*
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☒ one of the methods checked  ☐ all of the methods checked

(A) ☒ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☒ Email*

(B) *Deadlines:*
Date: April 5, 2021
Time: 3:00 p.m.

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney) and all interested parties

(D) *Service is also required upon:*
-- United States trustee *(electronic service is not permitted)*
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

|  |  |
|---|---|
| (B) <u>*Deadlines:*</u><br>Date:<br><br>Time: | (C) <u>*Persons/entities to be served with written reply to opposition:*</u><br>-- All persons/entities who filed a written opposition<br><br>(D) <u>*Service is also required upon*</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br> (*see Court Manual for address*) |

(7) ☐  Other requirements:

(8) ☒  No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
>
> ☐ no later than:     Date:          Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

Date: March 29, 2021

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**