A. KENNETH HENNESAY, JR. (BAR NO. 187531)
ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: khennesay@allenmatkins.com

Attorneys for Creditor
PACIFIC WESTERN BANK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re | Case No. 8:18-bk-13588-SC |
|---|---|
| TIM M. McKENNA, | Chapter 7 |
| Debtor. | **NOTICE OF HEARING ON SHORTENED TIME RE CREDITOR PACIFIC WESTERN BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)** |
| | Date: April 7, 2021<br>Time: 10:00 a.m.<br>Ctrm: 5C - Virtual. Accessibility information may be located in the Court's tentative ruling<br>Judge Hon. Scott C. Clarkson |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

1285966.01/OC

**TO PARTIES IN INTEREST AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to an Order Shortening Time ("OST") entered by the Court on March 29, 2021, a hearing on the Motion For Relief From The Automatic Stay Under 11 U.S.C § 362 (Action in Nonbankruptcy Forum) (Docket No. 197, the "Motion") filed by Creditor Pacific Western Bank on March 24, 2021, has been set for **April 7, 2021** at **10:00 a.m.** (Virtual. Accessibility information may be located in the Court's tentative ruling). A true and correct copy of the OST is attached hereto as Exhibit "A".

Copies of the Motion and supporting pleadings were served by movant Pacific Western Bank on March 24, 2021, on the Debtor, Debtor's counsel, the U.S. Trustee, and on other interested parties.[1]

By the Motion, Movant seeks relief from the automatic stay to allow it to (i) take any and all necessary steps to extend the duration of its attachment liens in an action pending in the Superior Court for the State of California, County of Los Angeles, Case No. LC107024 (the "State Court Action"); (ii) enforce its lien in connection with a pending sale by the debtor of that certain real property located at 1059 S. Summer Breeze Lane, Anaheim, California, pursuant to a sale order entered prepetition in the State Court Action, or otherwise, including without limitation issuing payoff demands and receiving and applying proceeds of any sale against the debtor's indebtedness to Pacific Western Bank; and (iii) proceed to entry of judgment against debtor in the State Court Action, to the extent necessary to enforce its prepetition lien.

YOUR RIGHTS MAY BE AFFECTED. You should read this notice, the Motion and the OST carefully and discuss the relief sought therein with your

---

[1] The Motion as filed and served on March 24, 2021, noted the hearing date and time was "[TO BE SET]" on regular notice, but movant thereafter filed its Application for Order Shortening Time, which has been granted.

attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to contact one).  If you do not want the Court to grant the Motion or if you want the Court to consider your views on the Motion, then you must file a response as set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to the OST, parties, if any, opposing, joining or responding to the Motion shall:  (1) file with the Bankruptcy Court and serve a copy of any such opposition(s) or other responsive document(s) upon the attorneys for the Movant, the United States Trustee, and any interested parties so that such response is actually received by 3:00 p.m. on April 5, 2021; (2) deliver courtesy copies of the opposition(s) or other responsive document(s) to the Judge's chambers by 3:00 p.m. on April 5, 2021; and (3) appear at the hearing on the Motion.

**FAILURE TO FILE AND SERVE A PROPER RESPONSE TO THE MOTION MAY BE DEEMED BY THE COURT TO BE CONSENT TO THE GRANTING OF THE MOTION.  SEE LOCAL BANKRUPTCY RULE 9013-1(h).**

Dated:  March 30, 2021

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
A. KENNETH HENNESAY, JR.

By: /s/ A. Kenneth Hennesay, Jr.

A. KENNETH HENNESAY, JR.
Attorneys for Creditor
PACIFIC WESTERN BANK

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| A. Kenneth Hennesay (SBN 187531)<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>1900 Main Street, Fifth Floor<br>Irvine, CA 92614-7321<br>Phone: (949) 553-1313   Fax: (949) 553-8354<br>Email: khennesay@allenmatkins.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Pacific Western Bank | **FILED & ENTERED**<br><br>**MAR 29 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Tim McKenna<br><br><br><br>Debtor(s). | CASE NO.: 8:18-bk-13588-SC<br>CHAPTER: 7<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |

**Movant** (*name*):
Pacific Western Bank

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a.  *Title of motion*: Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (Action in Nonbankruptcy Forum)

    b.  *Date of filing of motion:* March 24, 2021

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: March 24, 2021

3. Based upon the court's review of the Application, it is ordered that:

    a.  ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b.  ☒ The Application is granted, and it is further ordered:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                Page 1                F 9075-1.1.ORDER.SHORT.NOTICE

EXHIBIT A
- 4 -

(1) ☐ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** April 7, 2021 | **Place:** |
| **Time:** 10:00 a.m. | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| **Courtroom:** 5C- Virtual. Accessiblity information may be located in the Court's tentative ruling | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☒ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
|---|---|
| Date: March 30, 2021 | Counsel for chapter 7 trustee, counsel for debtor, debtor, counsel for Nationstar Mortgage, LLC; PNC Mortgage; Summit Estates HOA and any other interested party |
| Time: 12:00 p.m. | |
| | ☐ See attached page |
| | (C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☒ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery    ☒ Overnight Mail    ☐ First class mail    ☐ Facsimile*    ☒ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
|---|---|
| Date: March 30, 2021 | Counsel for chapter 7 trustee, counsel for debtor, debtor, counsel for Nationstar Mortgage, LLC; PNC Mortgage; Summit Estates HOA and any other interested party |
| Time: 12:00 p.m. | |
| | ☐ See attached page |
| | (D) _Service is also required upon:_ |
| | -- United States trustee _(electronic service is not permitted)_ |
| | -- Judge's copy personally delivered to chambers (_see Court Manual for address_) |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 2    F 9075-1.1.ORDER.SHORT.NOTICE

EXHIBIT A
- 5 -

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☒ one of the methods checked   ☒ all of the methods checked

(A) ☐ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☒ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with motion, declarations, supporting documents:_ |
|---|---|
| Date: March 30, 2021 | Counsel for chapter 7 trustee, counsel for debtor, debtor, counsel for Nationstar Mortgage, LLC; PNC Mortgage; Summit Estates HOA and any other interested party |
| Time: 12:00 p.m. | |
| | ☐ See attached page |
| | (D) _Service is also required upon_: |
| | -- United States trustee (_no electronic service permitted_) |
| | -- Judge's copy personally delivered to chambers (_see Court Manual for address_) |

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☒ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☒ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written opposition to the motion:_ |
|---|---|
| Date: April 5, 2021 | -- movant's attorney (or movant, if movant is not represented by an attorney) and all interested parties |
| Time: 3:00 p.m. | |
| | (D) _Service is also required upon_: |
| | -- United States trustee (_electronic service is not permitted_) |
| | -- Judge's copy personally delivered to chambers (_see Court Manual for address_) |

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_December 2013_                      Page 3                      **F 9075-1.1.ORDER.SHORT.NOTICE**

EXHIBIT A
- 6 -

| (B) <u>Deadlines:</u><br><br>Date:<br><br>Time: | (C) <u>Persons/entities to be served with written reply to opposition:</u><br>-- All persons/entities who filed a written opposition<br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>  *(see Court Manual for address)* |
|---|---|

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
>
> ☐ no later than:    Date:    Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

Date: March 29, 2021

*/s/ Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013 — Page 4 — **F 9075-1.1.ORDER.SHORT.NOTICE**

EXHIBIT A -7-

# **PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

On March 30, 2021, I served the within document(s) described as:

1. NOTICE OF HEARING ON SHORTENED TIME RE CREDITOR PACIFIC WESTERN BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C., § 362 (ACTION IN NONBANKRUPTCY FORUM)

2. ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE;

3. NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) ACTION IN NONBANKRUPTCY FORUM)

4. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CREDITOR PACIFIC WESTERN BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)

on the interested parties in this action as stated on the attached mailing list:

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on and in accordance with a court order or agreement of the parties to accept service by e-mail or electronic transmission, I caused a true copy of the document to be sent to the persons at the corresponding electronic address as indicated in the attached Service List on the above-mentioned date. My electronic notification address is ncampos@allenmatkins.com. I am readily familiar with this firm's Microsoft Outlook electronic mail system and did not receive any electronic message or other indication that the transmission was unsuccessful.

☒ **BY OVERNIGHT DELIVERY:** I deposited in a box or other facility regularly maintained by FedEx, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in sealed envelopes or packages designated by the express service carrier, addressed as indicated in the attached Service List on the above-mentioned date, with fees for overnight delivery paid or provided for.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct. Executed on March 30, 2021, at Irvine, California.

| Naomi Campos | */s/ Naomi Campos* |
|---|---|
| (Type or print name) | (Signature of Declarant) |

1285956.04/OC

- 8 -

## SERVICE LIST

**Service via E-mail:**

Michael G Spector on behalf of Debtor Tim M McKenna: mgspector@aol.com, mgslawoffice@aol.com

Ryan W Beall on behalf of Trustee Jeffrey I Golden (TR): rbeall@lwgfllp.com, vrosales@wgllp.com; kadele@wgllp.com; lbracken@wgllp.com

Reem J Bello on behalf of Trustee Jeffrey I Golden: rbello@wgllp.com, vrosales@wgllp.com; cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov

Caren J Castle on behalf of Creditor HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-WM1, Asset Backed Pass-Through Certificates - wdk@wolffirm.com

Daniel K Fujimoto on behalf of Creditor HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-WM1, Asset Backed Pass-Through Certificates - wdk@wolffirm.com

Alyssa B Klausner on behalf of Creditor The Summit Estates Homeowners Association: abk@sghoalaw.com

**SERVICE LIST**
**(Continued)**

**Service via FedEx Overnight Delivery:**

| | |
|---|---|
| Tim McKenna<br>3942 Irvine Blvd. #134<br>Irvine, CA 92602 | Debtor |
| Michael G. Spector<br>Law Officeds of Michael G. Spector<br>2122 N. Broadway<br>Santa Ana, CA 92706 | Counsel for Debtor |
| Reem J. Bello<br>Ryan W. Beall<br>650 Town Cetner Drive, Suite 600<br>Costa Mesa, CA 92626 | Counsel *for* Trustee, Jeffrey I. Tolden (TR) |
| Caren J. Castle<br>Daniel K. Fujimoto<br>The Wolf Firm, A Law Corporation<br>1851 East 1st Street, Suite 100<br>Santa Ana, CA 92705 | Counsel for HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-WM1, Asset Backed Pass-Through Certificates |
| United States Trustee (SA)<br>411 West Fourth Street, Suite 7160<br>Santa Ana, CA 92701-4593 | United States Trustee (SA) |
| Alyssa B. Klausner<br>Swedelson & Gottlieb<br>11900 W Olympic Blvd Ste 700<br>Los Angeles, CA 90064 | Counsel for The Summit Estate Homeowners Association |
| Nancy L Lee<br>McCarthy & Holthus LLP<br>411 Ivy Street<br>San Diego, CA 92101 | Counsel for U.S. Bank National Association, as Trustee, successor in interest to LaSalle Bank National Association, as Trustee for Thornburg Mortgage Securities Trust 06-00001, Mortgage Pass-Through Certificates Se |

1285956.04/OC

**- 10 -**