United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 18-13588-SC |
| Tim M McKenna | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 07, 2021 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tim M McKenna, 3942 Irvine Bl #134, Irvine, CA 92602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyssa B Klausner | on behalf of Interested Party Courtesy NEF abk@sghoalaw.com |
| Alyssa B Klausner | on behalf of Creditor The Summit EStates Homeowners Association abk@sghoalaw.com |
| Anna Landa | on behalf of Interested Party Courtesy NEF Anna@MarguliesFaithlaw.com Helen@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com |
| Caren J Castle | on behalf of Creditor HSBC Bank USA  National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-WM1, Asset Backed Pass-Through Certificates wdk@wolffirm.com, wdk@wolffirm.com |
| D Edward Hays | on behalf of Interested Party Robert S Whitmore ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Daniel K Fujimoto | |

District/off: 0973-8                                    User: admin                                    Page 2 of 3
Date Rcvd: Apr 07, 2021                            Form ID: pdf042                            Total Noticed: 1

on behalf of Creditor HSBC Bank USA  National Association, as Trustee, in trust for the registered holders of ACE Securities
Corp. Home Equity Loan Trust, Series 2007-WM1, Asset Backed Pass-Through Certificates wdk@wolffirm.com

Jeffrey I Golden (TR)
                        lwerner@wgllp.com  jig@trustesolutions.net;kadele@wgllp.com

Jennifer H Wang
                        on behalf of Creditor Ford Motor Credit Company LLC jwang@cookseylaw.com  jwang@ecf.courtdrive.com

Jeremy Faith
                        on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com
                        Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

Josephine E Salmon
                        on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  JES@ecf.inforuptcy.com;jsalmon@aldridgepite.com

Kenneth Hennesay
                        on behalf of Creditor Pacific Western Bank khennesay@allenmatkins.com  ncampos@allenmatkins.com

Leslie K Kaufman
                        on behalf of Interested Party Courtesy NEF kaufman_kaufman.bankruptcy@yahoo.com  kaufmanlr98210@notify.bestcase.com

Mark D Poniatowski
                        on behalf of Creditor Caterpillar Financial Services Corporation ponlaw@ponlaw.com

Meghann A Triplett
                        on behalf of Interested Party Courtesy NEF Meghann@MarguliesFaithlaw.com
                        Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

Meghann A Triplett
                        on behalf of Cross-Claimant Howard Grobstein  Chapter 7 Trustee for the estate of Irontrac, Inc.
                        Meghann@MarguliesFaithlaw.com,
                        Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

Meghann A Triplett
                        on behalf of Interested Party Howard Grobstein Meghann@MarguliesFaithlaw.com
                        Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com

Michael G Spector
                        on behalf of Interested Party Courtesy NEF mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector
                        on behalf of Debtor Tim M McKenna mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector
                        on behalf of Defendant Tim M McKenna mgspector@aol.com  mgslawoffice@aol.com

Michael G Spector
                        on behalf of Interested Party INTERESTED PARTY mgspector@aol.com  mgslawoffice@aol.com

Michelle J Nelson
                        on behalf of Interested Party Law Offices of Michelle J. Sukhov  Inc. mjslaw@hotmail.com

Michelle J Nelson
                        on behalf of Interested Party Courtesy NEF mjslaw@hotmail.com

Michelle J Nelson
                        on behalf of Plaintiff Law Offices of Michelle J. Sukhov  Inc. mjslaw@hotmail.com

Michelle J Nelson
                        on behalf of Creditor Law Offices of Michelle J. Sukhov  Inc. mjslaw@hotmail.com

Nancy L Lee
                        on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  nlee@ecf.courtdrive.com

Nancy L Lee
                        on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to LaSalle Bank National Association, as
                        Trustee for Thornburg Mortgage Securities Trust 2006-1, Mortgage Pass-Through Certificates Se
                        bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

Noreen A Madoyan
                        on behalf of Interested Party Howard Grobstein Noreen.Madoyan@usdoj.gov

Noreen A Madoyan
                        on behalf of Interested Party Courtesy NEF Noreen.Madoyan@usdoj.gov

Reem J Bello
                        on behalf of Plaintiff Jeffrey I. Golden rbello@wgllp.com
                        kadele@ecf.courtdrive.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

Reem J Bello
                        on behalf of Trustee Jeffrey I Golden (TR) rbello@wgllp.com
                        kadele@ecf.courtdrive.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

Reem J Bello
        on behalf of Interested Party Courtesy NEF rbello@wgllp.com
        kadele@ecf.courtdrive.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

Reem J Bello
        on behalf of Plaintiff Jeffrey I Golden rbello@wgllp.com
        kadele@ecf.courtdrive.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

Richard A Solomon
        on behalf of Creditor Wells Fargo Equipment Finance  Inc richard@sgswlaw.com

Robert P Goe
        on behalf of Defendant Tim M McKenna kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
        on behalf of Defendant Sitework Development Company  LLC kmurphy@goeforlaw.com,
        rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
        on behalf of Defendant Courtney Statham kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Roger F Friedman
        on behalf of Plaintiff Law Offices of Michelle J. Sukhov  Inc. rfriedman@rutan.com

Ryan W Beall
        on behalf of Plaintiff Jeffrey I. Golden rbeall@lwgfllp.com
        vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com;rbeall@ecf.courtdrive.com

Ryan W Beall
        on behalf of Trustee Jeffrey I Golden (TR) rbeall@lwgfllp.com
        vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com;rbeall@ecf.courtdrive.com

Ryan W Beall
        on behalf of Plaintiff Jeffrey I Golden rbeall@lwgfllp.com
        vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com;rbeall@ecf.courtdrive.com

Scott H Noskin
        on behalf of Creditor Pacific Western Bank snoskin@mbnlawyers.com  aacosta@mbnlawyers.com

Tinho Mang
        on behalf of Interested Party INTERESTED PARTY tmang@marshackhays.com
        tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang
        on behalf of Cross-Claimant Robert S. Whitmore tmang@marshackhays.com
        tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang
        on behalf of Interested Party Courtesy NEF tmang@marshackhays.com
        tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tinho Mang
        on behalf of Interested Party Robert S Whitmore tmang@marshackhays.com
        tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Tyler H Brown
        on behalf of Attorney Tyler Hamnett Brown tylerbrown@brownandbrownllp.com  admin@brownandbrownllp.com

Tyler H Brown
        on behalf of Cross Defendant Jason Caufield tylerbrown@brownandbrownllp.com  admin@brownandbrownllp.com

Tyler H Brown
        on behalf of Defendant Jason Caufield tylerbrown@brownandbrownllp.com  admin@brownandbrownllp.com

United States Trustee (SA)
        ustpregion16.sa.ecf@usdoj.gov

Valerie Smith
        on behalf of Interested Party Courtesy NEF claims@recoverycorp.com


TOTAL: 51

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>A. Kenneth Hennesay, Jr. (SBN 187531)<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>1900 Main Street, Fifth Floor<br>Irvine, CA 92614-7321<br>Phone: (949) 553-1313  Fax: (949) 553-8354<br>Email: khennesay@allenmatkins.com | FOR COURT USE ONLY |
|---|---|
| ☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant, Pacific Western Bank* | **FILED & ENTERED**<br><br>**APR 07 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bolte       DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Tim McKenna | CASE NO.: 8:18-bk-13588-SC<br>CHAPTER: 7 |
|---|---|
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(Action in Nonbankruptcy Forum)** |
| | DATE: April 7, 2021<br>TIME: 10:00 a.m.<br>COURTROOM: 5C<br>PLACE: 411 West Fourth Street, Santa Ana, CA 92701 |
| Debtor(s). | |

**MOVANT:** Pacific Western Bank, a California state-chartered bank

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settle by stipulation

2. The Motion affects the following Nonbankruptcy Action:

   Name of Nonbankruptcy Action: Pacific Western Bank v. McKenna General Engineering, Inc., et al.

   Docket number: LC107024

   Nonbankruptcy court or agency where the Nonbankruptcy Action is pending:
   Superior Court of the State of California, County of Los Angeles, Northwest District (Van Nuys Courthouse)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                    Page 1                    **F 4001-1.RFS.NONBK.ORDER**

3.  The Motion is granted under 11 U.S.C. § 362(d)(1).

4.  As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

    a.  ☒  Terminated as to the Debtor and the Debtor's bankruptcy estate.

    b.  ☐  Modified or conditioned as set forth in Exhibit ___ to the Motion.

    c.  ☐  Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its
        remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5.  **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment
    (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final
    judgment only by *(specify all that apply)*:

    a.  ☐  Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

    b.  ☒  Proceeding against the Debtor as to property ~~or earnings~~ that is not property of this bankruptcy estate as set
    forth in ¶11 only.

6.  This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter
    of the Bankruptcy Code.

7.  ☐  The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on
    the same terms and conditions as to the Debtor.

8.  ☒  The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9.  ☐  This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of
    180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10.  ☐  This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without
    further notice.

11.  ☒  Other *(specify):* Without limitation of the foregoing, the stay of 11 U.S.C. § 362(a) is terminated to allow Movant to
    negotiate terms of any sale of that certain real property located at 1059 S. Summer Breeze Lane, Anaheim,
    California, issue its payoff demand to escrow, and receive and apply any proceeds of sale that it receives against
    the indebtedness owed by debtor to Movant, or otherwise enforce its attachment liens pursuant to order of the
    court in the Nonbankruptcy Action. To be clear, Movant may not otherwise seek to enforce its claim against any
    other property owned by Debtor.

Date: April 7, 2021

Scott C. Clarkson
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                        Page 2                                        **F 4001-1.RFS.NONBK.ORDER**